AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Sheri Wade<br><br>*Plaintiff(s)*<br>v.<br>Interworks Unlimited, Inc.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:18cv828 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Interworks Unlimited, Inc.
Eric H. Lu - Registered Agent
2418 Peck Road
City of Industry, CA 90601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonathan E. Halperin
Halperin Law Center
5225 Hickory Park Drive
Suite B
Glen Allen, VA 23059

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Smith*

Date: 11/30/2018

*Signature of Clerk or Deputy Clerk*

| AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH | Case No. 3:18-cv-00828- MHL |
|---|---|
| Commonwealth of Virginia  Va. Code §§ 8.01-301, -329; 55-218.1; 57-51 | |

|  United States ................... District Court |
|---|
| Sheri Wade   v.   Interworks Unlimited, Inc. |
| Halperin Law Center    Registered Agent: Eric H. Lu |
| 5225 Hickory Park Drive, Ste. B, Glen Allen, VA 23059    2418 Peck Road, City of Industry, CA 90601 |

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: [ ] Warrant  [X] Motion for Judgment  [ ] ...........

**FILED JAN 2 2 2019 CLERK, U.S. DISTRICT COURT RICHMOND, VA**

I, the undersigned Affiant, state under oath that:
[X] the above-named defendant  [ ] ...........
whose last known address is: [ ] same as above [X] ...........

1. [X] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) ........... applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).
2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT on reverse) and that

_____ is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse).

01/07/2019
DATE

[ ] PARTY   [X] PARTY'S ATTORNEY   [ ] PARTY'S AGENT

State of Virginia  [ ] City [✓] County of Henrico

Acknowledged, subscribed and sworn to before me this 7th day of January, 20 19

7566549
NOTARY REGISTRATION NUMBER

(Notary seal: MARIE KIRBY / NOTARY PUBLIC / REG# 7566549 / MY COMMISSION EXPIRES 06/30/2021 / COMMONWEALTH OF VIRGINIA)

[ ] CLERK  [ ] MAGISTRATE  [✓] NOTARY PUBLIC  My commission expires 6-30-2021

[ ] Verification by the clerk of the court of the date of filing of the certificate of compliance requested. A self-addressed stamped envelope was provided to the Clerk at the time of filing of this Affidavit.

NOTICE TO THE RECIPIENT from the Office of the Executive Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE WHEN SERVICE IS MADE ON THE SECRETARY OF THE COMMONWEALTH.

### CERTIFICATE OF COMPLIANCE

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On JAN 0 8 2019, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.
2. On JAN 1 7 19, papers described in the Affidavit and a copy of this Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

_____
SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM DC-410 FRONT 07/13