IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**Sheri Wade,**

      Plaintiff

vs.

                                        Civil Action No. **3:18cv828**

**Interworks Unlimited, Inc.,**

      Defendant

## ENTRY OF DEFAULT

IT APPEARING by affidavit of counsel for the plaintiff, Sheri Wade, that the defendant , Interworks Unlimited, Inc., has failed to appear, plead or otherwise defend this action within the prescribed time allowed as otherwise provided in the Federal Rules of Civil Procedure, default is hereby entered against defendant, Interworks Unlimited, Inc..

                                      FERNANDO GALINDO, CLERK

                                      BY: _____

                                          J. Smith, Deputy Clerk