AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| Sheri Wade | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:18-cv-828 |
| Interworks Unlimited, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sheri Wade.

Date:   03/01/2019

/s/
*Attorney's signature*

Isaac A. McBeth, VSB No.: 82400
*Printed name and bar number*

Halperin Law Center
5225 Hickory Park Drive, Ste. B
Glen Allen, VA 23059
*Address*

isaac@hlc.law
*E-mail address*

(804) 527-0100
*Telephone number*

(804) 597-0209
*FAX number*