PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

Serial Number: 86681297
Filing Date: 07/01/2015

NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| MARK INFORMATION | |
| *MARK | EMiO |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | EMiO |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Interworks Unlimited Inc. |
| *STREET | 2418 Peck Rd. |
| *CITY | City of Industry |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 90601 |
| LEGAL ENTITY INFORMATION | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | California |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| *INTERNATIONAL CLASS | 009 |
| *IDENTIFICATION | Consumer electronic products, namely, audio amplifiers, audio speakers, audio receivers, electrical audio and speaker cables and connectors, audio decoders, video decoders, speakers, power conversion devices, power converters, and power inverters; Electronic apparatus, namely, electronic display boards, plasma display boards, electronic display screens; Electronic controllers for use with |

**EXHIBIT 3**

|  | power converters |
| --- | --- |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 05/01/2014 |
| FIRST USE IN COMMERCE DATE | At least as early as 05/01/2014 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0120-7254247185-20150701224738920246_._EMiO_2014_Smart_ChristmasTree_Salesheet.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT16\IMAGEOUT16\866\812\86681297\xml1\FTK0003.JPG |
| SPECIMEN DESCRIPTION | Product Specification Sheet |
| ADDITIONAL STATEMENTS INFORMATION | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| ATTORNEY INFORMATION | |
| NAME | Tommy SF Wang |
| FIRM NAME | Yang & Wang, P.C. |
| STREET | 355 S. Grand Ave. #2450 |
| CITY | Los Angeles |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 90071 |
| PHONE | 909-520-4381 |
| FAX | 888-827-8880 |
| EMAIL ADDRESS | yangwanglaw@gmail.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| CORRESPONDENCE INFORMATION | |
| *NAME | Tommy SF Wang |
| FIRM NAME | Yang & Wang, P.C. |
| *STREET | 355 S. Grand Ave. #2450 |
| *CITY | Los Angeles |

| | |
|---|---|
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 90071 |
| PHONE | 909-520-4381 |
| FAX | 888-827-8880 |
| *EMAIL ADDRESS | yangwanglaw@gmail.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Tommy SF Wang/ |
| * SIGNATORY'S NAME | Tommy SF Wang |
| * SIGNATORY'S POSITION | Attorney of record, California bar member |
| SIGNATORY'S PHONE NUMBER | 909-520-4381 |
| * DATE SIGNED | 07/01/2015 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

Trademark/Service Mark Application, Principal Register

TEAS Plus Application

Serial Number: 86681297
Filing Date: 07/01/2015

## To the Commissioner for Trademarks:

**MARK:** EMiO (Standard Characters, see mark)
The literal element of the mark consists of EMiO.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Interworks Unlimited Inc., a corporation of California, having an address of
   2418 Peck Rd.
   City of Industry, California 90601
   United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 009:  Consumer electronic products, namely, audio amplifiers, audio speakers, audio receivers, electrical audio and speaker cables and connectors, audio decoders, video decoders, speakers, power conversion devices, power converters, and power inverters; Electronic apparatus, namely, electronic display boards, plasma display boards, electronic display screens; Electronic controllers for use with power converters

In International Class 009, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 05/01/2014, and first used in commerce at least as early as 05/01/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Product Specification Sheet.

**Original PDF file:**
SPE0120-7254247185-20150701224738920246_._EMiO_2014_Smart_ChristmasTree_Salesheet.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

The applicant's current Attorney Information:
   Tommy SF Wang of Yang & Wang, P.C.
   355 S. Grand Ave. #2450
   Los Angeles, California 90071
   United States

The applicant's current Correspondence Information:
   Tommy SF Wang
   Yang & Wang, P.C.
   355 S. Grand Ave. #2450
   Los Angeles, California 90071
   909-520-4381(phone)
   888-827-8880(fax)

yangwanglaw@gmail.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

## Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. Section 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant or the applicant's related company or licensee is using the mark in commerce on or in connection with the goods/services in the application, and such use by the applicant's related company or licensee inures to the benefit of the applicant; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. Section 1051(b), Section 1126(d), and/or Section 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other person has the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Tommy SF Wang/   Date Signed: 07/01/2015
Signatory's Name: Tommy SF Wang
Signatory's Position: Attorney of record, California bar member


RAM Sale Number: 86681297
RAM Accounting Date: 07/02/2015

Serial Number: 86681297
Internet Transmission Date: Wed Jul 01 22:54:45 EDT 2015
TEAS Stamp: USPTO/FTK-XX.XX.XXX.XXX-2015070122544555
9941-86681297-530a0f4b120cae74a2c1419f2f
e341393d258d6913385ffad9f65f981462541536
9-CC-8836-20150701224738920246

EMiO

# Emio



### FEATURES:

**Bluetooth Smart Christmas Tree**

Bluetooth Star Ornament plays 30 preloaded and App selectable Christmas songs.

Bluetooth Smart Tree Lights and colors controlled by Android / iOS app.

Bluetooth Smart Tree can synchronize color and dance to the beat of the music. For example: Silent Night plays a slow rythmic show and the slow fade in and out of color, setting a warm mood. The built-in Jinglebell Rock show is an upbeat presentation of color and dancing light effects.

**PATENT PENDING**

| | | |
|---|---|---|
| **FOR:** iOS and Android | **SHIPPING INFORMATION** | Mstr Dim: 17.1 x 13 x 7 |
| UPC# | Unit Weight: 2 | MstrQty: 6 |
| Bluetooth Smart Christmas Tree | Unit Dim: 16 x 6 x 4 | MstrWeight: 14 lbs |