## Our Clients

InterWORKS Unlimited works with top national retailers, major distributors, and independent retail stores across the globe, spanning across Asia, Canada, Central and South America, and Europe. A few services offered to our collaborators include, and are not limited to, sales, public relations and marketing, distribution and logistics, aesthetic design, and corporate and public branding. Partners have seen increased sales and volume through InterWORKS Unlimited campaigns by means of inclusive marketing strategies, vigilant pursuit of new consumer avenues, and innovative products. InterWORKS Unlimited is the exclusive distributor for EMiO Brand products.














EXHIBIT 4