QVC   SHOP QVC.com

## What's your story?

At QVC, we don't just display items on shelves or in online galleries. We create a multiplatform experience that brings products and brands to life through people and stories. Does your product solve a problem, fill a void, or make day-to-day life a bit easier? Does your brand have a compelling narrative that will resonate with consumers? With our unique utilization of multiple platforms—broadcast, online, mobile, and social channels—we offer vendors and entrepreneurs the tools to begin and build relationships with our engaged community of millions of shoppers worldwide. So… what's your story?



### Get To Know Us



#### Products

Our products span a diverse range of categories, from well-known brands to budding entrepreneurs. And within those categories, we look to offer our customers unique products that are making their debut on QVC or are entirely exclusive to us. This exclusivity gives the products we feature an inherent compelling angle that our hosts and our customers are excited to talk about, and even more excited to share across our multi-platform network.



#### Platforms

We're the world's leading multi-platform retailer. Which means we offer more ways for people to engage with, learn about, share, and ultimately purchase your product. Alongside our broadcast channels and website, we've established robust blogs, forums, second-screen app experiences, and social media channels to give you multiple ways to interact with our expansive customer base and fully tell your brand's story.



#### Customers

Yes, our customers enjoy shopping. But they also enjoy being part of our lively, engaged community. If you have an interesting story to support your brand, our customers would love to be part of the conversation. So, who is she exactly? She loves to discover new things, she connects with us on multiple platforms, and once she finds us, she's likely to return. Over 90% of our sales come from repeat customers.

EXHIBIT 7