



High Roller Hoverboard

10,774 views

 24    3    SHARE    SAVE   ...

 Interworks Unlimited
Published on Aug 22, 2016



Available at: http://www.poweredbyemio.com/

The High Roller™ Hoverboard is the first portable transportation solution ideal for getting around

SUBSCRIBE


EXHIBIT 11