# Exhibit 12
# Interworks YouTube Video