Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Amendment to Allege Use
## (15 U.S.C. Section 1051(c))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87035036 |
| LAW OFFICE ASSIGNED | LAW OFFICE 120 |
| EXTENSION OF USE | NO |
| MARK SECTION | |
| MARK | http://teas.uspto.gov/aou/pages/common/No-Image-File.jpg |
| LITERAL ELEMENT | HIGH ROLLER |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| OWNER SECTION | |
| NAME | INTERWORKS UNLIMITED INC. |
| STREET | 2418 PECK RD. |
| CITY | CITY OF INDUSTRY |
| STATE | California |
| ZIP/POSTAL CODE | 90601 |
| COUNTRY | United States |
| GOODS AND/OR SERVICES SECTION | |
| INTERNATIONAL CLASS | 012 |
| CURRENT IDENTIFICATION | Motor scooters; electrically-powered motor scooters; electrically-powered, self-balancing motor scooters featuring two wheels on a common axis; gyroscopically balanced motor scooters; Motorized, electric-powered, self-propelled, self-balancing, wheeled personal mobility, transportation devices |
| GOODS OR SERVICES | KEEP ALL LISTED |
| FIRST USE ANYWHERE DATE | 05/13/2015 |
| FIRST USE IN COMMERCE DATE | 05/13/2015 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT17\IMAGEOUT 17\870\350\87035036\xml3\AAU0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\870\350\87035036\xml3\AAU0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\870\350\87035036\xml3\AAU0004.JPG |

**EXHIBIT 14**

| | |
|---|---|
| SPECIMEN DESCRIPTION | Business website and shopping cart webpage depicting High Roller product for sale in commerce |
| REQUEST TO DIVIDE | NO |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES IN USE | 1 |
| SUBTOTAL AMOUNT [ALLEGATION OF USE FEE] | 100 |
| TOTAL AMOUNT | 100 |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Elizabeth Yang/ |
| SIGNATORY'S NAME | Elizabeth Yang |
| SIGNATORY'S POSITION | Attorney of record, California bar member |
| DATE SIGNED | 10/07/2016 |
| SIGNATORY'S PHONE NUMBER | 9099965906 |
| **FILING INFORMATION** | |
| SUBMIT DATE | Sat Oct 08 01:08:57 EDT 2016 |
| TEAS STAMP | USPTO/AAU-XX.XXX.XXX.XXX-20161008010857675850-8703 5036-5707521e440db13ee574 83a2a3622739a152f1e6db05b c887897da34e11e67c91-CC-6 339-20161008010318985388 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 10/31/2017)

# Trademark/Service Mark Amendment to Allege Use
## (15 U.S.C. Section 1051(c))

To the Commissioner for Trademarks:
**MARK:** HIGH ROLLER(Standard Characters, see http://teas.uspto.gov/aou/pages/common/No-Image-File.jpg)
**SERIAL NUMBER:** 87035036

The applicant, INTERWORKS UNLIMITED INC., having an address of
   2418 PECK RD.
   CITY OF INDUSTRY, California 90601
   United States
is submitting the following allegation of use information:

For International Class 012:
Current identification: Motor scooters; electrically-powered motor scooters; electrically-powered, self-balancing motor scooters featuring two wheels on a common axis; gyroscopically balanced motor scooters; Motorized, electric-powered, self-propelled, self-balancing, wheeled personal mobility, transportation devices

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 05/13/2015, and first used in commerce at least as early as 05/13/2015, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Business website and shopping cart webpage depicting High Roller product for sale in commerce.
[Specimen File1](#)
[Specimen File2](#)
[Specimen File3](#)

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

### Declaration

STATEMENTS: The signatory believes that: if the applicant is filing the amendment to allege use under 15 U.S.C. §1051(c) or a statement of use under 15 U.S.C. §1051(d), the applicant is the owner of the mark sought to be registered; the mark is in use in commerce; **for a trademark or service mark application**, the applicant is using the mark in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified; **for a collective trademark, collective service mark, collective membership mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified; **for a certification mark application**, the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant; that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive; and the specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under

18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.


Signature: /Elizabeth Yang/     Date Signed: 10/07/2016
Signatory's Name: Elizabeth Yang
Signatory's Position: Attorney of record, California bar member
Signatory's Phone: 9099965906

RAM Sale Number: 87035036
RAM Accounting Date: 10/11/2016

Serial Number: 87035036
Internet Transmission Date: Sat Oct 08 01:08:57 EDT 2016
TEAS Stamp: USPTO/AAU-XX.XXX.XXX.XXX-201610080108576
75850-87035036-5707521e440db13ee57483a2a
3622739a152f1e6db05bc887897da34e11e67c91
-CC-6339-20161008010318985388




## High Roller Hoverboard

The High Roller is the first portable transportation solution ideal for getting around campus, the park, and even the office – the perfect gift for the mobile, always moving person in your life. Easy to use, fast to charge, and able to reach top speeds of up to 6 miles per hour, the High Roller is safe for the whole family!

Black

Qty  1   $399.99   Add to Cart

**All shipping is free and tax is included in the price of the product.** Please allow 24 to 48 hours for order processing, and **5 to 6 business days** for shipping. We currently only ship to the United States!



