# QVC QA Sample Evaluation Report

| | | | |
|---|---|---|---|
| Tracking Number: | SKU: | Description: | |
| 201609220458 | T34604 012-000 | Chic High Roller Self Balancing Hoverboard w/ | |
| Templated Item: | Submission Number: | Color/Size Desc: | |
| Yes | 1 | Black NA | |
| Current Location: | Sample Type Desc: | Drop Ship Ind: | MultiBox: |
| Location 449 | QVC Product Sample | N | No |
| Sample Evaluator: | Pit Due Date: | Sample Eval Due Date: | Requested Due Date: |
| MARK Robert SHAEFFER | 09/23/2016 | 09/26/2016 | 09/27/2016 |
| Buyer Code: | Buyer Name: | Country of Origin: | Disposition: |
| 018 | Ryan Stava | CHINA | PASS |
| Vendor Code: | Vendor Name: | | Vendor Part Nbr: |
| ZR29-0000 | INTERWORKS UNLIMITED INC. | | TBD |
| Last Activity Date/Time: | | Record Last Updated By: | |
| 10/25/2016 09:37:49 AM | | Not Available | |
| Sample Needed by Product Central: | | Ship Method: | Post QA Disposition: |
| No | | Not Available | Returned to Buyer |

## Descriptive Product Information

PackSlip Description: (SKN-Level Descriptive Product Information)
High Roller Self Balancing Hoverboard w/

Subtitle:
Carrying Bag

Dubner/Product Box:
High Roller  Self-Balancing  Hoverboard  with

Enterprise Long Description:
The High Roller portable transportation solution is ideal for getting around the park, campus, & even the office. Easy & safe to use, fast to charge & able to reach top speeds. Charging Time: 2-3 Hours. No overcharging. Maximum Speed: 5 Mile/Hr. Weight Capacity: 220 lbs. Range: 6-8 Miles. Battery: Lithium ion. Meas approx: 7"H x 23-1/2"W x 7-1/2"L. Weight: 23 lbs. UL listed. Color choice. 90day LMW. Ages: 14+. Includes hover board carrying bag. Imported.

| Test Result | Test Description | Test Comments |
|---|---|---|
| NA | * Low Risk Sample | No Comments Noted |
| NA | * Virtual Sample | No Comments Noted |
| PASS | 1 Descriptive Product Information | The QVC Packslip, Dubner/Product Box and Long Descriptions were reviewed, edited and released by QA for QVC Merchant approval. QVC MERCHANT: Please review and approve in IBM (POMS) or notify QA of any needed changes. VENDOR: Any goods shipped to QVC Distribution Centers (or directly to customers in the case of drop-shipped merchandise) must match the QVC Long Description. If there are ANY discrepancies or changes, advise QVC QA before shipping goods. SKN : T34604 PACK SLIP: High Roller Self Balancing Hoverboard w/____ SUBTITLE : Carrying Bag____ DUBNER: High Roller    Self-Balancing_ Hoverboard    with____ LONG DESCRIPTION The High Roller portable transportation solution is ideal for getting_ around the park, campus, and even the office. Easy and safe to use, fast__ to charge and able to reach top speeds. Charging Time: 2-3 Hours. No____ overcharging. Maximum Speed: 5 Mile/Hr. Weight Capacity: 220 lbs.    Range: 6-8 Miles. Battery: Lithium ion. Meas approx: 7"H x 23-1/2"W x_ 7-1/2"L. Weight: 23 lbs. UL listed. Color choice. 90day LMW. Ages:____ 14 . Includes hover board carrying bag. Imported. |
| PASS | 1 Internal Packaging | No issues were found with the internal packaging of the item. It is acceptable. Retail box, foam, polybags. MZE 9.7.16 |
| PASS | 1 Polybag and Film Requirements | Audited against a "toy" item - The 1st piece QA sample meets the poly bag and/or film specification for a toy item. Toy products using a poly bag and/or film do not require a suffocation warning label. However, if a poly bag and/or film is used with a toy item points 1 or 2 below must be met. 1. Actual wall thickness must be at least 1.5 mils (1.5/1000 inches) thick. 2. Alternatively, sheeting with a thickness of less than 1.5 mils (1.5/1000 in) shall be perforated with defined holes so that a minimum of 1% of the area has been removed over any area of 1.18 X 1.18in. |
| PASS | 2 Country of Origin | The Country of Origin was marked or labeled on the product and/or the packaging, is in the QVC Long Description, and is acceptable. China. MZE 9.7.16 |
| PASS | 3 Bouncebacks | Customer Service phone number(s) and/or website(s) included with sample are acceptable. |

Interworks 217

EXHIBIT 24   PAGE 5

EXHIBIT 15

| Test Result | Test Description | Test Comments |
|---|---|---|
| PASS | 3 Claims Substantiation | There are no claims issues in the Long Description, packaging or literature that require further substantiation or testing.<br>VENDOR: QA must receive documentation to substantiate specific claims made regarding the product. Please send all claims documentation to QVCQAHardgoods@qvc.com.<br>Charge time, speed, distance, usage time. MZE 9.7.16 ***Received distance doc. Charge time, speed, usage time still outstanding. Substantiation for 220 pound weight limit required, based off of UL report and label on unit. MZE 9.27.16PLACING TEST IN CONDITIONAL, NEEDS TO BE RESOLVED. M.S 9/27/16 ***Acceptable. MZE 10.5.16 |
| PASS | 3 Liability Insurance Policy | The product category of this item requires a minimum of five million US dollars ($5,000,000) liability insurance coverage. A Certificate of Insurance ("COI") must be on file with QVC. The "COI" must evidence at least this amount of general liability insurance coverage (per occurence and in the aggregate) and name QVC, Inc as "Additional Insured". The vendor is required to maintain general liability coverage for the life of the merchandise. The coverage must include full product liability, advertising injury, naming QVC, Inc as an Additional Insured, and issued by an insurance carrier rated "A" or better by A.M. Best. The vendor must also notify QVC within thirty (30) days of the cancellation of such policies and provide a new COI. RENEWALS of the COI should be sent to the following address: QVC, Inc. Mail Code 206, 1200 Wilson Drive, West Chester, PA 19380-4262, or faxed to 484-701-1380. If you have questions concerning the insurance requirements, please contact your insurance broker, or contact QVCs Insurance Administrator, Patti Forti, at 484-701-6715.<br>VENDOR: Submit a copy of a Certificate of Insurance (COI) that complies with QVCs requirements (see section 4.7 of the QVC Vendor Manual) to the QVC Insurance Administrator, via fax 484-701-1380. Requirements include a sufficient amount of coverage (based on the product category), and naming QVC, Inc as an Additional Insured. (All faxes must include a cover sheet, Vendor Name and QVC Item number.) |
| PASS | 3 Limited Manufacturers Warranty | The sample includes a limited manufacturers warranty. It was reviewed and is acceptable.<br>Item includes a 90 day limited manufacturers warranty. |
| PASS | 4 Battery Identification | includes lithium ion batteries / cells |
| PASS | 4 Battery Packaging | no markings present - ground shipment only<br>lithium markings not required, but found - ground shipment only<br>PLACE IN CONDITIONAL, NEEDS TO BE RESOLVED. VERY IMPORTANT FOR SHIPPING. M.S. 9/27/16 |
| PASS | 4 General Electrical Requirements Test | The UL 1642 certificate for the lithium battery / cell is required and has not been received. Please submit to "qvcqahardgoods@qvc.com" and copy your buyer.<br>The UL 1642 certificate for the lithium battery / cell has been received.<br>The UN certificate for the lithium battery / cell has been received<br>A "Lithium Battery Information Form" is required to be submitted. Please submit the completed document to "qvcqahardgoods@qvc.com" and copy your buyer.<br>The "Lithium Battery Information Form" has been received.<br>Confirmed item's listing is correct and active. Thank you!<br>Battery disposal instructions present and acceptable.<br>UL Model SMART-S file E483017 and UL Adapter Model GJS150-0420200 file E480809 verified online. MZE 9.7.16 ***UL Model SMART-C file E483017 and UL adapter Model SPS-T844202000-C8 file E307126 verified online. MZE 9.27.16PLACING IN CONDITIONAL, NEEDS TO BE RESOLVED. MS 9/27/16 ***Acceptable. MZE 10.5.16<br>Batteries included with the item were found acceptable when tested in the unit. |
| NA | 4 General Regulatory Compliance | No Comments Noted |
| PASS | 4 Regulatory Compliance/ASTM | The toy/batch testing report is currently not available. The product will remain in "HOLD" status for eight (8) weeks. If a report is not received within that time, the item will be disposition as "reject" until an acceptable report is received.<br>Guide states ages 8 and up. MZE 9.7.16 ***Guide updated to 12 , testing still required. MZE 9.27.16PLACING IN CONDITIONAL, NEEDS TO BE RESOLVED. M.S.9/27/16 ***Guide updated to 14 plus, report no longer required. MZE 10.5.16 |
| NA | 5 Assembly | No Comments Noted |

EXHIBIT 1

PAGE 6

Interworks 218

| Test Result | Test Description | Test Comments |
|---|---|---|
| PASS | 6 Workmanship, Materials and Components | QA has determined there are issues in the overall quality of this sample. The workmanship and materials are acceptable. All required components were included with the sample. Guide states 2 remotes included, not present. MZE 9.7.16 ***Mention of remotes removed, body of board cracked. MZE 9.27.16 PLACING IN CONDITIONAL, NEEDS TO BE RESOLVED. M.S.9/27/16 ***Issue not present. MZE 10.5.16 |
| PASS | 7 Function Test | The users guide/use instructions sheet included with the sample is acceptable. The sample was not actually function tested as it is a Virtual Sample or it cannot be fully tested. Guide has misspellings and broken English that can be difficult to follow, at times calls this a car. Guide states there is an app for use but doesn't state what it is called. Also states this has an internal Bluetooth speaker, could not pair. Sample does not match guide. MZE 9.7.16 ***Guide updated, understandable and matches product. MZE 9.27.16 |
| NA | CPSIA Certification of Conformity | No Comments Noted |
| PASS | Check Vendor-Level Comments | Vendor-level Comments in the IBM System were checked. |
| NA | Induction Seal Test | No Comments Noted |
| NA | M1 SDS Requirements | No Comments Noted |
| NA | M2 Hazardous Materials Transportation Markings | No Comments Noted |
| NA | M2 Hazmat Category | No Comments Noted |
| NA | M3 VOC Regulated Items | No Comments Noted |
| PASS | P1 Carton Packaging Graphics Classification | Packaging has fragile markings Packaged-product was labeled or printed with orientation/up arrows |
| PASS | P1 Carton Sealing (Does Not Imply OK/not-OK) | Carton sealed in an H-Pattern (or 6-strip) method. Carton was sealed with clear 2" packaging tape. 9/6/16 JBC: No tape on package. All packages are to be secured with tape. Snap or 1-2-3 bottom containers are also to be taped on the bottom. Please secure package with tape. 9/22/16 JBC: H Pattern tape on corrugate container. 10/4/16 JBC: H Pattern tape on corrugate container. Vendor must seal carton (with tape) prior to shipping to QVC. Carton had stitched seam, which is acceptable. |
| PASS | P1 Packaging Description | Product was submitted in plain kraft packaging (corrugate or chipboard). Doublewall corrugate box was submitted. 9/6/16 JBC: No tape on package. All packages are to be secured with tape. Snap or 1-2-3 bottom containers are also to be taped on the bottom. Please secure package with tape. The corrugated container should be plain kraft (brown) packaging and not glossy gray. (The gloss finish to the package is unacceptable for shipping for the address labels do not adhere to gloss corrugate.) Please submit a new sample in plain kraft (brown) packaging. 9/22/16 JBC: The sample submitted had H Pattern tape on corrugate container. 10/4/16 JBC: The sample submitted had H Pattern tape on corrugate container. 10/5/16 JBC: Removed overbox from submission. New weight and dimensions entered. |
| PASS | P2 Package Testing Reqd? Does not imply pkg is OK. | The packaging evaluation was completed by John Conrad. Should you have any questions, please contact him at john.b.conrad@qvc.com or 484-701-8694 9/6/16 JBC: Lithium Battery. Not drop tested. 9/22/16 JBC: Lithium Battery. It has a candy stripe Lithium ion label and no removable Lithium label. 10/4/16 JBC: Lithium Battery. It has a candy stripe Lithium ion label and no removable Lithium label. 10/5/16 JBC: Removed overbox from submission. No Lithium label. |
| NA | P2 QVC Bar Coding Requirements | Bar code labels and/or QVC specific carton markings on a 1st piece product sample or TOP (Top of Production) are NOT reviewed, approved or commented on by QA as part of the evaluation report. Vendors should order all QVC bar code labels from an approved label supplier - Verified Label & Print (800)764-6110 or FineLine Technologies (800) 500-8687. Please review QVC QA Packaging & Labeling Guidelines All Commodities. Please contact your Supplier Relationship Manager with questions. |
| PASS | PITSTOP | No Comments Noted |
| NA | Q Compression Test | No Comments Noted |
| NA | Q Drop Test | The QVC Drop Test is not required for this sample. No package testing is required at PSFGA or DC inspection. |

EXHIBIT 1

Interworks 219

PAGE 7

| Test Result | Test Description | Test Comments |
|---|---|---|
| PASS | Q Initial Packaging Evaluation | NOTES ON MASTER CARTONS: QVC does NOT require master cartons for all hardgoods items. (For more details, see QVC QA Packaging & Labeling Guidelines All Commodities.) A master carton MUST contain at least four (4) saleable units. A master carton for hardgoods cannot exceed 40" L x 24" W x 24" H (102 cm x 61 cm x 61 cm) in outer dimensions, or 40 pounds (18 kg) in weight. Any questions regarding master cartons can be emailed to Packaging@qvc.com. Failure to comply with these requirements may result in the rejection of PO receipts and/or a QVC Vendor Chargeback. 9/6/16 JBC: No tape on package. All packages are to be secured with tape. Snap or 1-2-3 bottom containers are also to be taped on the bottom. Please secure package with tape. The corrugated container should be plain kraft (brown) packaging and not glossy gray. (The gloss finish to the package is unacceptable for shipping for the address labels do not adhere to gloss corrugate.) Please submit a new sample in plain kraft (brown) packaging. 9/22/16 JBC: The sample submitted had H Pattern tape on corrugate container. 10/4/16 JBC: The sample submitted had H Pattern tape on corrugate container. 10/5/16 JBC: Removed overbox from submission. New weight and dimensions entered. |
| NA | Q Multi-Box Samples | No Comments Noted |
| NA | Q Vibration Test | No Comments Noted |
| PASS | Z "System Test" that Enables Capture of Pkg Info | No Comments Noted |
| PASS | ZZ Digital Images | Digital images have been taken of the sample and downloaded into the digital storage section of QUEST. |
| PASS | ZZ Hots processing | Sample processed as a HOT per request. |
| PASS | ZZ Next Actions Required | The sample is Rejected pending the receipt of satisfactory information and/or documentation as requested. ALL ISSUES MUST BE ADDRESSED, AND A NEW SAMPLE MUST BE SUBMITTED TO THE QVC BUYER (who in turn needs to submit that new sample to QA for evaluation). Sample is acceptable. Proceed to ship goods to QVC in compliance with all Supply Chain, Carton Marking and other QVC requirements and procedures.VENDORS: Before making a decision to purchase an item, QVC customers frequently request more information and more details, going beyond the limited amount of information that can be included in QVC's "Long Description". Electronic copies of labels, ingredients, Nutrition Facts, instructions, parts lists, care and content labels, warranties and the like are very helpful and can actually increase sales. Please do not hesitate to email such additional information to "Product Information Inquiry@qvc.com". Thank you. TESTS IN CONDITIONAL. WILL BE RESOLVED. M.S. For Quality Requirement Issues please contact QA Engineer Rafiq Zabrani. Email: rafiq.zabrani@qvc.com |

### Packaging Attributes

| | |
|---|---|
| Vendor Packaging: | Vendor Box Type: |
| Corrugated Container | 0201 - Regular Slotted Container (RSC) |
| Carton Package Graphics Classification: | |
| 6 - Text and Color Graphics | |
| Rigidity: | Straps: |
| Rigid | No |
| Conveyable: | Sortable: |
| Yes | Yes |
| Divertable: | Straps Permitted: |
| No | No |

| | |
|---|---|
| Outer Mailer (OM): | Packaged-Product Weight: |
| VENDOR CARTON - VA - Automation-Ready VC | 27 lbs, 13.6 oz. |
| Presentation Case (PC): | Ship-to-Customer Product Weight: |
| None - NONE | 27 lbs, 14.256 oz. |
| Certificate (CT): | Packaged-Product Dimensions (L x W x H): |
| NA - NONE | 26.1 x 10.7 x 10.3 inches |
| Special Instructions (SI): | Length + Girth: |
| NA - None | 68.1 inches |
| Stand-up Tag (ST): | Dimensional Weight: |

Interworks 220

EXHIBIT 1    PAGE 8

| | |
|---|---|
| NA - None | 15 lbs. |
| Pouch (P): | Ship-to-Customer Packaged-Product Dimensions: |
| NA - None | 26.1 x 10.7 x 10.3 inches |
| Hazmat/Oversize: | |
| N | |

### Co-Ship Info

| | |
|---|---|
| Boxes Per Item: | Max Items Per Box: |
| 1 | 1 |
| Co-Ship Code: | Ship With: |
| 0 - Ship As Single | X |
| Co-Ship Family Group: | Orientation: |
| 555 - Hardgoods | X |
| Co-Ship Commodity Group: | Fragility: |
| 555 - All Hardgoods | 0 |

### Gift Wrap

| | | |
|---|---|---|
| Gift Wrap Eligible: | Gift Box Required: | Gift Box: |
| E - INELIGIBLE - ITEM OVERSIZE | N | NGB - No Gift Box Required |
| Gift Wrap Recipe: | Gift Wrap Ship Weight: | |
| NA | 0 (Lbs.) 0 (Ozs.) | |

### Bar Code Information

| | |
|---|---|
| Bar Code Present: | Bar Code Symbology: |
| No | Pending |
| Bar Code Content: | Bar Code ANSI Readability Score: |
| Not Applicable | Not Applicable |
| Bar Code Human Readable Text: | |
| X | |

### SKU Level Comments

***Playing time: 4-6 hours. MZE 9.28.16***

### Digital Documents and Images

| File Name | File Type | File Comment |
|---|---|---|
| QuestDoc1032016113130AM.tif | Lithium Battery Shipping Form | 10/3/16, LITH BATT APPROVED PER QA JTETER |
| T34604-First_sample_9.7.16.pdf | Images of Product Itself | Images of Product |
| T34604-Fourth_Sample_10.5.16.pdf | Images of Product Itself | Images of product |
| T34604-Third_Sample_9.27.16.pdf | Images of Product Itself | Images of Product |
| T34604_Batt_Life_Testing.pdf | PRODUCT DOCUMENTATION | Battery Life Testing 9.6.16 JPD |
| T34604_Charger_UL.pdf | UL, ETL, CSA | Charger UL Certificate Of Compliance 9.20.16 JPD |
| T34604_ICR_Test_Report.pdf | UL, ETL, CSA | ICR Test Report 9.20.16 JPD |
| T34604_Lith_Batt_Disposal.pdf | INSTRUCTIONS | Lithium Battery Disposal Instructions 9.9.16 JPD |
| T34604_Revised_UM.pdf | INSTRUCTIONS | Revised User Manual 10.3.16 JPD |
| T34604_UL_File_Part.pdf | UL, ETL, CSA | Part of UL File Images Per R. Zabrani 9.15.16 JPD |
| T34604_UL_Test_Report.pdf | UL, ETL, CSA | UL Test Report Approved Per J. Biglet 10.3.16 JPD |
| T34604_UM.pdf | INSTRUCTIONS | User Manual 9.27.16 JPD |
| T34604_UN_Repiort.pdf | PRODUCT DOCUMENTATION | UN Report Approved Per R. Zabrani 9.9.16 JPD |
| T34604_Warranty_Card.pdf | WARRANTIES | Warranty Card 9.27.16 JPD |
| T34604_Weight_Limit_209lbs.pdf | PRODUCT DOCUMENTATION | Passed Weight Limit Testing (209lbs) 9.9.16 JDP |

EXHIBIT 1

Interworks 221

PAGE 9