# Exhibit 17
# QVC YouTube Video
# Dated 11/12/2016