# Exhibit 18
# QVC YouTube Video
# Dated 11/23/2016