# Exhibit 19
# QVC YouTube Video
# Dated 11/24/2016