# Exhibit 26
# QVC YouTube Video
# Dated 12/10/2016