# Exhibit 27
# QVC YouTube Video
# Dated 12/14/2016