http://qvc.co/2hglMh0

What can we help you find?

Welcome Gu...
My Account

Cart

Shop by Category ⌄       Today's Special Value      QVC2 Big Deal      New      Trending      Deals      Shop QVC TV ⌄

🏠  »  Product Detail

T34764

# High Roller Self Balancing Hoverboard with Carrying Bag

★★☆☆☆  2.2 (35)   Write a review



☑ Play Video Automatically ⓘ

We're sorry.
This item is not available at this time.

Previously recorded videos may contain expired pricing, exclusivity claims, or promotional offers.

     



EXHIBIT
28