

# HIGH ROLLER™
## HOVERBOARD

## MODEL C
### HOVERBOARD

# USER MANUAL

EXHIBIT 31

Thank you for purchasing High Roller™ Hoverboard Model C.

Before you begin, please make sure to read the User Manual and follow all safety precautions.

The User Manual can help you better understand, use, and maintain your High Roller™ Hoverboard.

---

This product is manufactured by Hangzhou Chic Intelligent Technology Co., Ltd.

This product is distributed by Interworks Unlimited under license by Hangzhou Chic Intelligent Technology Co., Ltd.

This product has CE(EMC&MD) FCC/C-TICK/RoHS, UL2272, UL2271, and UN38.3 Certifications.

---


**WARNING!**

- It is highly recommended to always wear the proper safety gear before operating your High Roller™ Hoverboard.
- Before you begin, please make sure to read the User Manual and follow all safety precautions carefully.
- This device is designed for users age 12 and above. Kids under the age of 12 need to be under adult supervision or instruction concerning the use of the device in a safe way and understand the hazards involved. Cleaning and user maintenance shall not be done by children without adult supervision.
- Improper use of this product can lead to property damage, serious bodily injury or death. Users must read and follow all operating instructions and precautions carefully. Users are responsible for all consequences caused by violating instructions.
- High Roller™ Hoverboard does not bear legal liability for users' improper operation in accordance with the law.

## 1. Document Overview

 This symbol identifies safety and health messages in this User Manual.

Failing to follow the High Roller™ Hoverboard Manual may cause property damage, injury, or even death. To minimize the risk of damage or injury, please read the User Manual before using your High Roller™ Hoverboard.

### 1.1 Preparation
• Please read the full manual before riding your High Roller™ Hoverboard.
• Before riding, please check battery level. If the battery indicator lights up, it means the device is fully charged.
• Check whether tires are damaged or if there are loose parts before riding. If anything is missing or damaged, please contact Customer Support at support@PoweredByEmio.com or 1 (844) 883-8885.

- This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions:

  (1) This device may not cause harmful interference, and

  (2) This device must accept any interference received, including interference that may cause undesired operation.

- Any changes or modifications not approved by Interworks Unlimited could void the user's authority to operate the equipment and may void the warranty.

- Note: This product has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This product generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this product does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

  - Reorient or relocate the receiving antenna.
  - Increase the separation between the equipment and receiver.
  - Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
  - Consult the dealer or an experienced radio/TV technician for help.

This equipment should be installed and operated with a minimum distance of 20cm between the radiator and your body.

FCC ID: 2AHNZCHIC

6

## Enjoy Your High Roller™ Hoverboard!



Customer Support:

1 (844) 883-8885

support@PoweredByEmio.com

www.PoweredByEmio.com

**Patent No.:**

US 9376155

US D738256 S

US D737723 S

| Correct Disposal of this Product | |
|---|---|
|  | This marking indicates that this product should not be disposed with other household wastes. To prevent possible harm to the environment or human health from uncontrolled waste disposal, recycle it responsibly to promote the sustainable reuse of material resources. To return your used device, please use the return and collection systems or contact the retailer where the product was purchased. They can take this product for environmental safe recycling. |

See 5.3 for further Battery Disposal instructions

18