UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| SHERI WADE | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:18-cv-00828-MHL |
| INTERWORKS UNLIMITED, INC. | ) ) ) | |
| Defendant. | ) ) | |

## MOTION FOR LEAVE TO EXCEED LOCAL RULE PAGE LIMIT

Plaintiff Sheri Wade ("Ms. Wade"), by counsel and pursuant to Local Rule 7(F)(3) ("LR 7[F][3]"), hereby requests leave to submit a Memorandum in Support of Second Motion for Default Judgment that exceeds the page limit of 30 pages set forth in LR 7(F)(3) by 10 pages. In the alternative, Ms. Wade requests leave to incorporate content by reference from her original Memorandum in Support of Motion for Default Judgment (ECF No. 10) into her Memorandum in Support of Second Motion for Default Judgment to the extent doing so would conserve briefing space in her Memorandum in Support of Second Motion for Default Judgment to address the authorities raised by the Court in its Order dated August 12, 2019 (ECF No. 11). Ms. Wade's bases for requesting the relief sought in this Motion are set forth in her Memorandum in Support of Motion for Leave to Exceed Local Rule Page Limit, which is incorporated herein by reference.

## CONCLUSION

Accordingly, Ms. Wade respectfully requests that the Court grant her the relief requested in this Motion and any other relief deemed appropriate.

DATE: August 14, 2019                    Respectfully submitted,
                                         SHERI WADE


                                         By: _____/s/_____
                                                           Counsel

                                         Jonathan E. Halperin, Esq. (VSB No. 32698)
                                         Andrew Lucchetti, Esq. (VSB No. 86631)
                                         Isaac A. McBeth, Esq. (VSB No. 82400)
                                         Halperin Law Center, LLC
                                         5225 Hickory Park Drive, Suite B
                                         Glen Allen, VA 23059
                                         Phone: (804) 527-0100
                                         Facsimile: (804) 597-0209
                                         jonathan@hlc.law
                                         andrew@hlc.law
                                         isaac@hlc.law

                                         and

                                         Brody Reid, Esq. (VSB No.75343)
                                         Reid Goodwin, PLC
                                         4116 Fitzhugh Avenue
                                         Richmond, Virginia 23230
                                         Phone: (804) 415-7800
                                         Facsimile: (804) 415-7560
                                         breid@reidgoodwin.com
                                         *Counsel for Plaintiff*