# Exhibit 12
# QVC YouTube Video
# Dated 10/25/2016