# Exhibit 13
# QVC YouTube Video
# Dated 11/12/2016