# Exhibit 14
# QVC YouTube Video
# Dated 11/23/2016