# Exhibit 15
# QVC YouTube Video
# Dated 11/24/2016