

High Roller Self-Balancing Hoverboard with Carrying Bag on QVC

4,511 views

QVCtv
Published on Oct 25, 2016

For More Information or to Buy: http://qvc.co/2eQxVZ9
This previously recorded video may not represent current pricing and availability.

SHOW MORE

EXHIBIT 16





High Roller Self-Balancing Hoverboard with Carrying Bag on QVC

6,121 views

QVCtv
Published on Nov 12, 2016

For More Information or to Buy: http://qvc.co/2fmDElz
This previously recorded video may not represent current pricing and availability.

SHOW MORE



High Roller Self-Balancing Hoverboard with Carrying Bag on QVC

2,160 views



QVCtv
Published on Nov 23, 2016

For More Information or to Buy: http://qvc.co/2fQq8wN
This previously recorded video may not represent current pricing and availability.

SHOW MORE



High Roller Self-Balancing Hoverboard with Carrying Bag on QVC

1,172 views

QVCtv
Published on Nov 24, 2016

For More Information or to Buy: http://qvc.co/2glQbZT
This previously recorded video may not represent current pricing and availability.

SHOW MORE



Ships 12/14 High Roller Self Balancing Hoverboard w/Carrying Bag on QVC

1,815 views

QVCtv
Published on Dec 10, 2016

For More Information or to Buy: http://qvc.co/2hglMh0
This previously recorded video may not represent current pricing and availability.

SHOW MORE



Ships 12/14 High Roller Self Balancing Hoverboard w/Carrying Bag on QVC

160 views

QVCtv
Published on Dec 14, 2016

For More Information or to Buy: http://qvc.co/2hu97H1
This previously recorded video may not represent current pricing and availability.

SHOW MORE

SUBSCRIBE 214K