```
                                                              1

 1              UNITED STATES DISTRICT COURT
 2          FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                      - - -
 4   INTERWORK UNLIMITED      : 2:17-cv-4983-AB-KS
     INC., A CALIFORNIA       :
 5   CORPORATION,             :
                              :
 6            Plaintiff,      :
                              :
 7        vs.                 :
                              :
 8   DIGITAL GADGETS, LLC,    :
     A NEW JERSEY LIMITED     :
 9   LIABILITY COMPANY,       :
              Defendant.      :
10                      - - -
11
12          Oral deposition of MEGHAN KANE,
13   taken at Saul Ewing, 1500 Market Street, 38th
14   Floor, Philadelphia, Pennsylvania 19102 on
15   Thursday, October 11, 2018, commencing at 2:40
16   p.m., before Kelly Harp, a Professional Court
17   Reporter and Notary Public.
18
19
20
21
22
23
24
```

www.LexitasNG.com        Lexitas        888-267-1200

EXHIBIT 20
PAGE 116


EXHIBIT 17

Meghan Kane - October 11, 2018

23

1 [redacted]
2 [redacted]
3 [redacted]
4 [redacted]
5     Q     Okay.  At any point will QVC assign
6 different sku numbers to the same product?
7     A     I don't know how to answer that
8 question.  Yes and no.  Yes, we will assign
9 different item numbers to the same product if
10 it's bought through two different vendors.
11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]
20 [redacted]
21 [redacted]
22 [redacted]
23 [redacted]
24 [redacted]

www.LexitasNG.com     Lexitas     888-267-1200

EXHIBIT 20

PAGE 121

Case 3:18-cv-00828-MHk Document 16-17 Filed 09/06/19 Page 3 of 8 PageID# 384
Case 2:17-cv-04983-TJH-KS Document 33-2 Filed 11/12/18 Page 122 of 185 Page ID #:325

Meghan Kane - October 11, 2018

26



```
17      Q    If you look at Exhibit-Z1 in front
18  of you right now, do you recall which sku
19  number that you purchased from Interworks?
20      A    T34604.
21      Q    And looking at the sku numbers
22  assigned to products purchased from Digital
23  Gadgets, are you able to tell me which one is
24  the -- which one corresponds to the one you
```

Case 3:18-cv-00828-MHK Document 16-17 Filed 09/06/19 Page 4 of 8 PageID #: 385
Case 2:17-cv-04983-TJH-KS Document 55-2 Filed 11/12/18 Page 124 of 165 PageID #:327

Meghan Kane - October 11, 2018

31

```
1    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
2    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
3    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
4              Do you know if those
5    Hoverboards are still being sold by QVC?
6         A    They are not.
7         Q    They are not.  Do you know when they
8    stopped being sold by QVC?
9         A    I don't know when they stopped being
10   sold.  Whenever the inventory sold out.
11        Q    So this product sold until the
12   inventory sold out?
13        A    Correct.
14        Q    Do you know approximately how many
15   units of the item bearing T34764 were sold?
16        A    I do not know.
17        Q    At any period of time did QVC stop
18   selling the Hoverboards bearing sku number
19   T34674?  I'm sorry, strike that.  At any
20   period of time did QVC stop selling the
21   Hoverboards bearing sku number T34764?
22        A    Only once the product was sold out.
23   There was no other pause in the sale of the
24   product.
```

Meghan Kane - October 11, 2018

34

1 [redacted]

2 [redacted]

3 [redacted]

4 BY MR. BEHNAM:

5     Q    All right. As far as you know, were

6 the Hoverboards bearing sku numbers T34604 and

7 T34764 the same product?

8     A    Yes.

9     Q    So if you don't mind, tell me why

10 these products have different sku numbers?

11     A    When we purchased the product from

12 Interworks under T34604, the product sold out,

13 came into our warehouse and sold out of

14 inventory. The Interworks team could not get

15 the product back to our warehouse fast enough

16 so they sold the product to Digital Gadgets

17 which is why we had to create a second number

18 because it was under a different vendor ID and

19 Digital Gadgets drop shipped the product

20 directly to the customer.

21     Q    Just because it had a different

22 vendor ID, it required a new sku number?

23     A    Yes.

24     Q    But otherwise, these products were

Case 3:18-cv-00828-MHk Document 16-7 Filed 09/06/19 Page 6 of 8 PageID #: 287
Case 2:17-cv-04983-JMV-KS Document 33-2 Filed 11/12/18 Page 127 of 185 PageID #:330

Meghan Kane - October 11, 2018

35



1  identical as far as you knew?
2  A    As far as I knew, yes.

**Meghan Kane - October 11, 2018**

79



17  Q    Okay.  Do you know why sometime in
18  the fall of 2016 QVC began purchasing that
19  item from Digital Gadgets as opposed to
20  Interworks?
21  A    Interworks had the product.  They
22  couldn't deliver it in time to the QVC
23  warehouse before the holidays and Digital
24  Gadgets was able to buy the inventory and drop



EXHIBIT 20

PAGE 135