Case 3:18-cv-00823-MHL Document 16-20 Filed 09/06/19 Page 1 of 8 PageID# 411
Case 2:17-cv-04983-TJH-KS Document 38-2 Filed 11/12/18 Page 20 of 169 Page-ID
#:223

# Picking Sheet

Warehouse: 000    MAIN WAREHOUSE

Order Number: 0027914
Customer Number: DIGG

Order Date: 12/8/2016
Salesperson: 0001

Sold To:
Digital Gadgets, LLC.
21 Englehard Drive
Monroe Township, NJ  08831

Ship To:
Phoenix Warehouse California
9306 Sorensen Avenue
Santa Fe Springs, CA  90670

Confirm To:

| Customer P.O. | Ship VIA | | F. O. B. | | Terms | |
|---|---|---|---|---|---|---|
| 20161209 | | | | | Consignment | |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112002 | EACH | 336 | 336 | |
| | High Roller Model C BLACK | | | | |
| | 896557112033 | EACH | 240 | 240 | |
| | High Roller Model C WHITE | | | | |

*1st Shipment*          *# 400*

EXHIBIT 3

Digital Gadgets 216

PAGE 20

EXHIBIT
20

Page: 1

## Picking Sheet

Warehouse: 000    MAIN WAREHOUSE

Order Number: 0027923                                      Order Date: 12/9/2016
Customer Number: DIGG                                     Salesperson: 0001

Sold To:                                    Ship To:
Digital Gadgets, LLC.                       Phoenix Warehouse California
21 Englehard Drive                          9306 Sorensen Avenue
Monroe Township, NJ 08831                   Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O. | Ship VIA | F. O. B. | Terms Consignment |
|---|---|---|---|
| 20161209-2nd | | | |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112019 | EACH | 240 | 240 | |
| | High Roller Model C BLUE | | | | |
| | 896557112002 | EACH | 96 | 96 | |
| | High Roller Model C BLACK | | | | |

EXHIBIT 3

PAGE 21

Digital Gadgets 193

Page:    1

## Picking Sheet

Warehouse: 000    MAIN WAREHOUSE

Order Number: 0027926
Customer Number: DIGG

Order Date: 12/9/2016
Salesperson: 0001

Sold To:

Digital Gadgets, LLC.
21 Englehard Drive
Monroe Township, NJ  08831

Ship To:

Phoenix Warehouse California
9306 Sorensen Aven
Santa Fe Springs, CA  90670

Confirm To:

| Customer P.O. | Ship VIA | F. O. B. | Terms |
|---|---|---|---|
| 20161209-3RD | MAX | | Consignment |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112002 | EACH | 144 | 144 | |
| High Roller Model C BLACK | | | | | |
| | 896557112033 | EACH | 144 | 144 | |
| High Roller Model C WHITE | | | | | |
| | 896557112019 | EACH | 48 | 48 | |
| High Roller Model C BLUE | | | | | |

3rd  shipment

$ 200

EXHIBIT 3

PAGE 22

Digital Gadgets 196

# Picking Sheet

Warehouse: C00     MAIN WAREHOUSE

Order Number: 0027929
Customer Number: DIGG

Order Date: 12/12/2016
Salesperson: 0001

Sold To:
Digital Gadgets, LLC.
21 Englehard Drive
Monroe Township, NJ 08831

Ship To:
Phoenix Warehouse California
9306 Sorensen Avenue
Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O. | Ship VIA | F.O. B. | Terms |
|---|---|---|---|
| 20161212-5th | | | Consignment |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112002 | EACH | 174 | 174 | |
| | High Roller Model C BLACK | | | | |
| | 896557112033 | EACH | 366 | 366 | |
| | High Roller Model C WHITE | | | | |

4 + 7 *[handwritten]*

14280

4th Shiant

*[handwritten markings]*

EXHIBIT 3

Digital Gadgets 203

Case 3:18-cv-00828-MHL-KS Document 16-2 Filed 09/06/19 Page 5 of 8 PageID# 415
Case 2:17-cv-04983-TJH-KS Document 38-2 Filed 11/12/18 Page 24 of 169 Page ID
#:227

Page: 1

# Picking Sheet

Warehouse: 000    MAIN WAREHOUSE

Order Number: 0027928
Customer Number: DIGG

Order Date: 12/12/2016
Salesperson: C001

Sold To:
Digital Gadgets, LLC.
21 Englehard Drive
Monroe Township, NJ 08831

Ship To:
Phoenix Warehouse California
9306 Sorensen Avenue
Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O. | Ship VIA | F. O. B. | Terms |
|---|---|---|---|
| 20161212-4th | | | Consignment |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112026 | EACH | 750 | 750 | |
| High Roller Model C RED | | | | | |
| | 896557112019 | EACH | 462 | 462 | |
| High Roller Model C BLUE | | | | | |

5th Shipment.

A 400

EXHIBIT 3

PAGE 24

Digital Gadgets 199

Case 3:18-cv-00823-MHL Document 16-20 Filed 09/06/19 Page 6 of 8 PageID# 416
Case 2:17-cv-04983-TJH-KS Document 36-2 Filed 11/12/18 Page 25 of 169 Page ID
#:228

Page: 1

# Picking Sheet

Warehouse: 000    MAIN WAREHOUSE

Order Number: 0028078
Customer Number: DIGG

Order Date: 12/13/2016
Salesperson: 0001

Sold To:
Digital Gadgets, LLC.
21 Englehard Drive
Monroe Township, NJ 08831

Ship To:
Phoenix Warehouse California
9306 Sorensen Avenue
Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O.<br>20161214-6TH | Ship VIA | F. O. B. | Terms<br>Consignment | |
|---|---|---|---|---|

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112033<br>High Roller Model C WHITE | EACH | 600 | 600 | |
| | 896557112002<br>High Roller Model C BLACK | EACH | 528 | 528 | |

24 flall

# 375

EXHIBIT 3

Digital Gadgets 206

Case 3:18-cv-00823-MHL Document 16-2 Filed 09/06/19 Page 7 of 8 PageID# 417
Case 2:17-cv-04983-TJH-KS Document 38-2 Filed 11/12/18 Page 26 of 169 Page ID
#:229

Page:   1

## Picking Sheet

Warehouse: 000   MAIN WAREHOUSE

Order Number: 0028075
Customer Number: DIGG

Order Date: 12/14/2016
Salesperson: 0001

Sold To:
Digital Gadgets, LLC.
21 Englehard Drive
Monroe Township, NJ  08831

Ship To:
PHOENIX WAREHOUSE CALIFORNIA
9306 SORENSEN AVENUE
Santa Fe Springs, CA  90670

Confirm To:

| Customer P.O. | Ship VIA | F. O. B. | Terms |
|---|---|---|---|
| 20161214 | | | Consignment |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112002 | EACH | 336 | 336 | |
| | High Roller Model C BLACK | | | | |

*1 ST on 1800 onar*

*7 Potta*

EXHIBIT 3

PAGE 26                               Digital Gadgets 209

Case 3:18-cv-00828-MHL Document 16-20 Filed 09/06/19 Page 8 of 8 PageID# 418
Case 2:17-cv-04983-TJH-KS Document 38-2 Filed 11/12/18 Page 27 of 169 Page ID
#:230

Page: 1

## Picking Sheet

Warehouse: 000    MAIN WAREHOUSE

Order Number: 0028080                                    Order Date: 12/14/2016
Customer Number: DIGG                                    Salesperson: 0001

Sold To:                                          Ship To:
Digital Gadgets, LLC.                             Phoenix Warehouse California
21 Englehard Drive                                9306 Sorensen Avenue
Monroe Township, NJ 08831                         Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O. | Ship VIA | F. O. B. | Terms | |
|---|---|---|---|---|
| 20161214-8TH | | | Consignment | |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112002 | EACH | 336 | 33 0 | |
| High Roller Model C BLACK | | | | | |

8 th Shipment

EXHIBIT 3

Digital Gadgets 212