# Jared Louzon

| | |
|---|---|
| **From:** | Eric Lu <eric@interworks-usa.com> |
| **Sent:** | Wednesday, March 01, 2017 3:06 PM |
| **To:** | Bright Asamoah |
| **Cc:** | Charlie Tebele; Priscilla Murillo; Chris Mitchell; Michael Kidakarn |
| **Subject:** | Re: Invoices past due |

Bright / Charlie,

I gave you guys 60days on the lower cost which I have to carry the AR and if you're going to paid 99k, that is not acceptable, I could have sold those inventory to other accounts. Janet had requested that I work with you guy and in good faith, I gave you QVC and Zullilly...I have tried to work with you guys, but I feel like I'm getting the short end of the stick...

Please ship all goods back to me...as I cannot tie up my funds and wait for weekly reports/payments.

I need to know how many units you have now and I will have my team schedule the pick up immediately.

Eric

Sent from my iPhone

On Mar 1, 2017, at 11:19 AM, Bright Asamoah <basamoah@elfwarehouse.com> wrote:

> Priscilla/Eric
>
> Below is a break of what is being paid today.
>
> <image007.png>
>
> Of the 3,187 units from the first batch, DG paid 3,000units – which will be left with 187unis to be paid.
>
> However, we did get some returns from the sales of 77units.
>
> So far, DG has sold 3,678units of the inventory.
>
> <image008.png>
>
> **Please note…we will be sending a weekly sales report and a corresponding wire for the units sold starting next week….**
>
> **From:** Eric Lu [mailto:eric@interworks-usa.com]
> **Sent:** Wednesday, March 01, 2017 4:06 AM
> **To:** 'Charlie Tebele'; 'Priscilla Murillo'; Bright Asamoah
> **Subject:** RE: Invoices past due

EXHIBIT 17

221

1

EXHIBIT 21