Attached please find the battery form, this is what I found in the last year email trail, which we previously submitted to QVC.

Best Wishes!

Tony Tu
Interworks
(562) 692-8400

**From:** Chris Mitchell [mailto:cmitchell@techpointproducts.com]
**Sent:** Thursday, May 04, 2017 6:20 AM
**To:** Tony Tu <tony@interworks-usa.com>; Brian Dougherty <BDougherty@techpointproducts.com>
**Cc:** Eric@interworks-usa.com; Jon Alberti <jalberti@techpointproducts.com>; Jill Pierson <jpierson@digitalgadgets.com>; regibel@interworks-usa.com; Gillian Yip ELF <gyip@elfwarehouse.com>
**Subject:** RE: High Roller Model C Lithium Form

Tony,

Haven't seen a response here.

Eric, got your WeChat's.

We are running into issues with payment from QVC due to this issue now. They believe our boards we have in stock and have been selling are now different than what you had originally passed via QA.

Therefore, I need the ORIGINAL EMAIL TRAIL from you guys to QVC with all the documents you submitted to QVC so that we can get paid.

Can you please provide today?

Eric, I'll get back to you on the closeout deals we have been discussing, but need this QA / Payment issue resolved ASAP.

Please help.

Thank you guys!
Chris

**From:** Chris Mitchell
**Sent:** Tuesday, May 02, 2017 7:08 PM
**To:** 'Tony Tu' <tony@interworks-usa.com>; Brian Dougherty <BDougherty@techpointproducts.com>
**Cc:** Eric@interworks-usa.com; Jon Alberti <jalberti@techpointproducts.com>; Jill Pierson <jpierson@digitalgadgets.com>; regibel@interworks-usa.com; Gillian Yip ELF <gyip@elfwarehouse.com>
**Subject:** RE: High Roller Model C Lithium Form
**Importance:** High

Tony,

Just heard back from QVC regarding these documents: ==“The information on the form does not match what was previously submitted for item T34764.”==