Chris,

This is a CHIC issue…all QA submission for QVC are provided from CHIC to interworks…we are not the manufacture. So the best thing to do is get all the boards back and return back to CHIC. I will issue an RA tomorrow. I could only provide you with the documents that I have which are provided from CHIC…and those are the documents that I provided to you, and what they've gave me is also what I have provided to QVC the first time around. If there's QA submission issues please send me the reports and I can have CHIC provide the documents to me.

I think its best to again return the goods and if you want to continue with Hoverboards then we order a new batch of products and start from scratch. Why and how the packaging has changed, that's above and beyond me.

I don't think we need to have further relationship if Charlie is resourcing to the lawyer…as I am trying to clean up the issue CHIC has caused…tell him to sue CHIC.

Eric

**From:** Chris Mitchell [mailto:cmitchell@techpointproducts.com]
**Sent:** Tuesday, June 06, 2017 2:54 PM
**To:** Eric <Eric@interworks-usa.com>
**Subject:** RE: Digital Gadget.xlsx

Hey Eric,

I just got killed. Had a convo with Charlie and then he got our lawyer.

I can't do anything until I get this QA and Insurance issues fixed. We don't have insurance on the boards and now there is a litany of QA issues given that the board we got from our CA warehouse (that you sent us) and was sent into QVC b/c you couldn't get us the right QA docs, don't match the first QA submission. They opened it all up and NONE of it matches with what you guys sent originally. Not only is the battery different, but the physical Age Grade of the Product is different too! This says 12+ but QVC is saying you were originally instructed to say 14+…12+ requires kids testing…disaster.

We have formally opened an investigation at our CA warehouse to audit the boards we have on-hand and do an inventory against what QVC says should be the right boards. This is assuming we can maintain our relationship with QVC and not get charged back for all the boards already sold b/c who the hell knows what we've actually been selling.

Not going to be able to get on a call tonight.

Please advise about the COI that you were supposed to get as of 5/26 and how you advise we fix this QA issue.

Regards,

EXHIBIT 14
PAGE 76

Interworks 196

**EXHIBIT 23**