http://qvc.co/2hglMh0

Shop by Category    Today's Special Value    QVC2 Big Deal    New    Trending    Deals    Shop QVC TV

🏠 » Product Detail

T34764
## High Roller Self Balancing Hoverboard with Carrying Bag
★★☆☆☆  2.2 (35)  Write a review



We're sorry.
This item is not available at this time.

☑ Play Video Automatically ⓘ

Previously recorded videos may contain expired pricing, exclusivity claims, or promotional offers.

    


EXHIBIT
28