From: "customer.care@qvc" <customer.care@qvcservices.qvcemail.com>
Subject: Your QVC Order Has Shipped!
Date: December 15, 2016 at 9:12:58 AM EST
To: sheriwade@verizon.net
Reply-To: "customer.care@qvc" <support-b3g3sgebfjsrggaukbsp9qcvwch9va@qvcservices.qvcemail.com>

Dear Sheri,

Great news! We're delighted to confirm that the following order(s) have shipped and are on their way. **You can always visit Order Status to check your orders, or to print an invoice or a return shipping label.** Tracking numbers are included for select carriers only. Tracking info may not be available until the next business day. Shipping details are below.

Items from one order may arrive on different days. If an item is not listed below, it hasn't shipped yet, but we'll send another email when it does.

**Here's Your Order Summary:**

You May Also Like:

**Order Number:** 4944135228        **Order Date:** 12/12/16

**Ship to:** Sylvia Brown
  5200 Gretna Court
  Richmond, VA 23223

**Payment Method:** Credit Card
  Card: Visa                        **Ending:** 8295
  Bill Date: 12/14/16
  First Installment: $70.19*

| Item(s): | E.D.D.** | Qty: | Price: |
|---|---|---|---|

1





| T34764 | 12/23/16 | 1 | $399.98 |

Ships 12/14 High Roller Self Balancing Hoverboa rd w/Carrying B /Black

**6 Easy Payments** including S&H and tax of $70.19

**Next Easy Payment Installment Due: 01/15/17**

Carrier: UPS

Tracking Number: 1Z3156950300029706

---

*Includes Shipping & Handling and applicable taxes.
**E.D.D. (Estimated Delivery Date)

**Keep track with text alerts**
Getting excited? Know when your package is arriving. Sign up for QVC text alerts to confirm when orders are placed, shipped, and out for delivery. Message and data rates apply.

**Have a question about your order?**
Get answers by visiting My Account, email us, or call **888-345-5788**. Our Customer Service Representatives are always happy to help. We want to be sure you're completely satisfied with your QVC experience.

Best Regards,
Lisa Norden, VP Customer Services & Experience

**T34310**
FlashPad Connect Set of 2
Touchscreen Games w/Lights



**E289942**
PS4 Slim 500GB Uncharted 4
Bundle with The Las t of Us &
Accs.



**V34186**
FrostGuard Windshield and
Wiper Cover with Mirror
Covers

Discover Everything QVC Has to Offer

*30-Day Returns*

Easy refunds or exchanges. Learn more ▶

**QVC's Exclusive Credit Card**

Enjoy all the benefits ▶







Our Latest Giveaways  
Enter for a chance to win ▶

For Every Occasion  
Send by email or mail ▶

Don't Miss Out!  
Shop great buys ▶

We thought you might like...



## QVC Everywhere STAY CONNECTED >

      

Sign up for recurring Text Alerts to keep track of all your orders placed, shipped, out for delivery & returned. Message & data rates may apply

Add customer.care@qvcservices.qvcemail.com to your address book to receive QVC Emails.

Visit Email Preferences to review your selections or opt out of all QVC Order & Shipping Confirmation emails.

General Terms of Use | Privacy Statement | Contact Us | Unsubscribe

© 2016 QVC, Inc. The brand names, slogans, logos, service marks and other trademarks of QVC's goods, services and promotions belong exclusively to QVC Inc. and/or, ER Marks, Inc., its subsidiary companies, licensees and partners, and are protected from copying and simulation under national and international trademark and copyright laws and treaties throughout the world. All other product or brand names are trademarks of their respective owners
QVC, Inc. is located at 1200 Wilson Drive, West Chester, PA 19380

Please consider the environment before printing this email.