## Summary of Timestamps in December QVC Videos

A. List of timestamps corresponding to all references to "High Roller" or the High Roller Hoverboard brand in the December 10, 2016 QVC Video.

| Timestamp in Video | Use of "High Roller" or reference to brand |
|---|---|
| 00:05 | Refers to brand to describe product |
| 00:42 | Referring to item being back in stock |
| 01:48 | Referring to item being stocked with QVC earlier in year – refers to High Roller as inventors of the concept and technology of hoverboards |
| 03:00 | Displays High Roller compliance statement for UL 2272 and shows hoverboard with logo |
| 03:25 | Refers to brand to describe product |
| 05:57 | Refers to model and brand |
| 06:23 | Refers to item as "High Roller Hoverboard" |

B. List of timestamps corresponding to all references to "High Roller" or the High Roller Hoverboard brand in the December 14, 2016 QVC Video.

| Timestamp in Video | Use of "High Roller" or reference to brand |
|---|---|
| 00:26 | Refers to brand of hoverboard - refers to High Roller as inventors of the concept of hoverboards |
| 01:39 | Refers to brand to describe product |
| 01:51 | Displays High Roller compliance statement for UL 2272 and shows hoverboard with logo |
| 02:23 | Host states "shop with confidence with the High Roller Hoverboard Brand." |
| 04:42 | Refers to brand of hoverboard - refers to High Roller as inventors of the concept and technology of hoverboards |

EXHIBIT 33