IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHERI WADE,

      Plaintiff,

v.                                      Civil Action No. 3:18cv828

INTERWORKS UNLIMITED, INC.,

      Defendant.

## ORDER

This matter comes before the Court on Plaintiff Sherri Wade's Second Motion for Default Judgment. (ECF No. 15.) On November 30, 2018, Wade brought this two-count personal injury action against Defendant Interworks Unlimited, Inc. ("Interworks"). (ECF No. 1.) On January 22, 2019, Wade properly served Interworks, (ECF No. 4), and Interworks did not respond to the Complaint. On February 14, 2019, Wade requested that the Clerk of Court enter default as to Interworks, (ECF No. 6), which the Clerk entered on February 19, 2019, (ECF No. 7). On March 19, 2019, Wade filed her First Motion for Default Judgment. (ECF No. 9.) On August 12, 2019, the Court denied without prejudice Wade's First Motion for Default Judgment based on Wade's failure to provide supporting precedent that this Court may properly exert personal jurisdiction over Interworks. (ECF No. 11.) On September 9, 2019, Wade filed her Second Motion for Default Judgment (the "Motion"). (ECF No. 15.) The Court finds that Wade has successfully established personal jurisdiction over Interworks for the purposes of the Motion.

ACCORDINGLY, THE COURT HEREBY:

    1.    GRANTS the Motion for Default Judgment, (ECF No. 15);

2. FINDS that the Court has jurisdiction over the parties and subject matter of this case; that an order of default has been entered against Interworks; and, that Wade is entitled to default judgment against Interworks based on the well-pleaded facts of the Complaint;

3. Default Judgment is ENTERED against Interworks for $2,000,000.00 for compensatory damages, attorneys' fees pursuant to VA. CODE ANN. § 59.1-206, and pre-judgment and post-judgment interest;

4. RETAINS jurisdiction over any matter pertaining to this judgment; and

5. DISMISSES this case, and the Clerk of Court shall remove it from the Court's docket. This is a final appealable order. *See* Fed. R. App. P. 4(a).

Let the Clerk send a copy of this Order to all counsel of record and Interworks at its address of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: Sept. 15, 2020
Richmond, Virginia