UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SHERI WADE | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:18cv828 |
| | ) |
| INTERWORKS UNLIMITED, INC. | ) |
| | ) |
|     Defendant. | ) |

## MOTION TO SET ASIDE DEFAULT JUDGMENT

Plaintiff Sheri Wade ("Ms. Wade"), by counsel and pursuant to Federal Rule of Civil Procedure ("Rule") 60(b)(4), hereby submits her Motion to Set Aside Default Judgment. Specifically, Ms. Wade requests that this Court set aside the default judgment entered herein on September 16, 2020 (ECF No. 17). Ms. Wade's bases for seeking the relief requested herein are set forth in her accompanying Memorandum in Support of Motion to Set Aside Default Judgment, which is incorporated herein by reference.

### CONCLUSION

Accordingly, for the reasons stated above, Ms. Wade respectfully requests that the Court set aside the judgment in this matter docketed as ECF No. 17 pursuant to Rule 60(b)(4) and grant her leave to seek default judgment against Interworks once more on the same bases previously asserted.

DATE: January 19, 2021     Respectfully submitted,

SHERI WADE


By: _____/s/_____
                    Counsel

Jonathan E. Halperin, Esq. (VSB No. 32698)
Andrew Lucchetti, Esq. (VSB No. 86631)
Isaac A. McBeth, Esq. (VSB No. 82400)
Halperin Law Center, LLC
5225 Hickory Park Drive, Suite B
Glen Allen, VA 23059
Phone: (804) 527-0100
Facsimile: (804) 597-0209
jonathan@hlc.law
andrew@hlc.law
isaac@hlc.law

and

Brody Reid, Esq. (VSB No.75343)
Reid Goodwin, PLC
4116 Fitzhugh Avenue
Richmond, Virginia 23230
Phone: (804) 415-7800
Facsimile: (804) 415-7560
breid@reidgoodwin.com
*Counsel for Plaintiff*

2