**CHUBB**

Eastern Claim Service Center
600 Independence Parkway
Chesapeake, VA 23337-4700
O (800) 252-4670
F (800) 664-1765

Mailing Address
P.O. Box 4700
Chesapeake, VA 23327-4700

April 20, 2017

RECEIVED APR 21 2017

Reidgoodwin
Attn: Rachel Bradshaw Esq.
4116 Fitzhugh Avenue
Richmond, VA 23230

Re: Insured Name: Interworks Unlimited, Inc. Dba: Amazing Stuff Shop
    Claimant Name: Mrs. Sheri Wade
    Policy Number: 000036025578 / 000003
    Claim Reference Number: 047517016750
    Date of Loss: 1/08/2017
    Cause of Loss: General Liability
    Writing Company: Federal Insurance Company

Dear Ms. Bradshaw:

I am writing you as the general liability carrier for the above captioned insured. We have been put on notice for the mentioned claim. Accordingly, we appreciate your response to the following:

1. Your client's primary address (not P.O. Box), date of birth, marital and dependency status, social security number and income.
2. Occupation, name of employer and total earnings lost to date complete with date of return to work.
3. Description of the occurrence, including exact location and names of witnesses as well as a copy of the police report including the police precinct reported to and police complaint number.
4. Nature and degree of injury, including copies of medical(s) to date.
5. Your theory of liability regarding our insured.
6. Please forward a completed medical authorization complete with all treating doctor's names, addresses and patient numbers. Please complete a separate authorization for each treating physician.
7. Please forward a complete wage authorization for any lost wages claim. Please be sure to include the employer's name and address.

If you have not already done so, we respectfully request that your client be made available for a recorded statement.

Thank you for your cooperation in advance.

If you have any questions, or would like to discuss this matter further, please contact me at (800) 252-4670 ext. 4133 during normal business hours. If I am not available when you call, leave a message and I will return your call as soon as possible.

Sincerely,

*Aretha S. Cash*

Aretha S. Cash
Casualty Claims Adjuster
ecsc.casualty.claims@chubb.com
Direct Fax Number: (757) 233-3420