

BRODY REID, ESQ.
PARTNER

BRAD GOODWIN, ESQ
PARTNER

DUNCAN REID, ESQ.
PARTNER

**REIDGOODWIN**
ATTORNEYS AND COUNSELORS AT LAW

4116 FITZHUGH AVENUE · RICHMOND, VA 23230
T) 804.415.7800 · F) 804.415.7560
REIDGOODWIN.COM

BROOKE T. ALEXANDER, ESQ.
ATTORNEY

CASEY M. ARIAIL, ESQ.
ATTORNEY

RACHEL BRADSHAW, ESQ.
ATTORNEY

June 26, 2017

<u>Sent via Regular Mail</u>
Chubb Group of Insurance Companies
**Attn: Cynthia Leibowitz**
P.O. Box 4700
Chesapeake, VA 23327

THIS LETTER AND ALL ATTACHMENTS, INCLUDING THE POWERPOINT
PRESENTATION, IS FOR SETTLEMENT PURPOSES ONLY

Re:    Client:    **Sheri Wade**
       Insured:    **Interworks Unlimited, Inc.-Amazing Stuff Shop**
       Claim#:    **047517016750**
       DOI:    **1/8/2017**

Dear Ms. Leibowitz:

     As you know our office represents Ms. Sheri Wade regarding the date of incident listed above. Please find enclosed our liability package via CD-R for your review **<u>for settlement purposes only.</u>**

     If you have any questions, please don't hesitate in contacting our office.

Sincerely,

*[signature]*

Rachel S. Bradshaw, Esq.

Enclosure: RSB/smh