Attorney or Party Name, Address, Telephone & FAX Nos.,    FOR COURT USE ONLY
State Bar No. & Email Address
**Sandford L. Frey 117058**
**200 S. Los Robles Avenue, Suite 210**
**Pasadena, CA 91101**
**626-796-4000 Fax: 626-795-6321**
California State Bar Number: **117058 CA**
**sfrey@leechtishman.com**

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Interworks Unlimited Inc.**

|  |  |
|---|---|
| | CASE NO. : 2:19-bk-17990 |
| | CHAPTER: **7** |

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___10___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **July  9, 2019**

_____
Signature of Debtor 1

Date:

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **July  9, 2019**

**/s/ Sandford L. Frey**
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

1 WorldSync Inc
7887 Washington Village Drive
Suite 300
Dayton, OH 45459


About Time Inc
7220 A Bob Bullock Loop
Suite 3A
Laredo, TX 78041


Air Tiger Express USA Inc
17000 E Gale Ave
City of Industry, CA 91745


Aquavian Freight
520 E Jamie Avenue
La Habra, CA 90631


Arca World Logistics LLC
2600 E Pacific Coast Highway
Suite 160
Long Beach, CA 90804


Brutzkus Gubner
Mark D Brutzkus
21650 Oxnard Street Suite 500
Woodland Hills, CA 91367

Cash Capital Group LLC
c o Rubin Law
90 Broad St Floor 16
New York, NY 10004


City of Industry
P O Box 3366
City of Industry, CA 91744


Cokem International
3880 Fouth Ave East
East Shakopee, MN 55379


Commerce Technologies Inc
25736 Network Place
Chicago, IL 60673


Craig Corsini
Lai Corsini Lapus LLC
5800 Ranchester Drive Suite 200
Houston, TX 77036


Debra Kwon
1915 Batson Ave 37
Rowland Heights, CA 91748


Employers Preferred Ins Co
P O Box 53089
Phoenix, AZ 85072


Eqtainment LLC
500 N Capital of Texas HWY
Bldg 4 100
Austin, TX 78746

Eric Lu
944 S Pine Street
San Gabriel, CA 91776


ERS Security Alarm Systems Inc
4538 Santa Anita Ave
El Monte, CA 91731-1000


Esther Kim
8214 Garibaldi Avenue
San Gabriel, CA 91775


Esther Kim  CASH
8214 Garibaldi Avenue
San Gabriel, CA 91775


First Insurance Funding
P O Box 7000
Carol Stream, IL 60197


Fortress Group LLC
20541 Pascal Way
Lake Forest, CA 92630


Gaijinworks
P O Box 493399
Redding, CA 96049

Globaltranz Enterprises Inc
P O Box 203285
Dallas, TX 75320


GoGreen Power
4675 Rt 9 North
Howell, NJ 07731




Hangzhou Chic Intelligent Tech Co
Add No 6 B International Kechuang
Garden
Liangzhu Hangzhou City China


Harlan M Lazarus
Lazarus Lazarus P C
240 Madison Avenue 8th Floor
New York, NY 10016


Horizon Worldwide Logistics Co LD
Room 922 Block B International
Negoatiate Garden No 3
Jinguan North 2nd Street Nanfaxin
Shunyi District Bejing China 101300


IPFS Corporation
P O Box 412086
Kansas City, MO 64141

James Andrew Hinds Jr
Hinds Shankman LLP
21257 Hawthorne Blvd Second Floor
Torrance, CA 90503


Jason Lee
1240 Gatlin Ave
Hacienda Heights, CA 91745


Jinhua Lvbao Vehicles
No 133 Lengshui Road
Jinpan Development Zone
Jinhua, Zhejiang, China


John D Guerrini
GABA Guerrini Law Corporation
8583 Irvine Center Drive Suite 500
Irvine, CA 92618


Joseph Chu Co Inc
223  E Garvey Ave 148
Monterey Park, CA 91755


Kabbage
730 Peachtree St NE
Suite 1100
Atlanta, GA 30308


Kevin D Hughes
Foundation Law Group LLP
1999 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067


Keith D Peterson
Law Offices of Keith D Peterson
9601 Jones Rd Suite 240
Houston, TX 77065

Kirin International Trade LTD
Room C 11/F 8 Hart Ave
Tsimshasui Kowloon, Hong Kong


Ling Yun USA
2306 Peck Road
City of Industry, CA 90601


Marisela Urbina
1418 E 70th Street
Los Angeles, CA 90601


Max Transport Inc
P O Box 8098
Rowland Heights, CA 91748




OEC Distribution Services Inc
2180 South Wineville
Ontario, CA 91761


OEC Logistics Inc
13100 Alondra Blvd Suite 100
Cerritos, CA 90703


Old Dominion Freight Line Inc
P O Box 742296
Los Angeles, CA 90074

PPF Industrial Peck Center I LP
12016 Telegraph Road Suite 203
Santa Fe Springs, CA 90670


Priscilla Murillo
3368 Barnes Ave
Baldwin Park, CA 91706


Roadrunner Transportation Services
P O Box 809066
Chicago, IL 60680


Roger C Hsu
Law Offices of Roger C Hsu
175 South Lake Avenue Suite 210
Pasadena, CA 91101


Sakaida Bui
2355 Westwood Blvd #327
Los Angeles, CA 90064


Sam Fang
1951 East Eckerman Avenue
West Covina, CA 91791

Shenzhen Fulein Techology Co LTD
A Block of Wenhao Mansion
Gushu Bao' Shenzhen City China


State of California
Employment Development Department
Bankruptcy Group MIC
P O Box 826880
Sacramento, CA 94280


Stefanie G Field
Gresham Savage Nolan & Tilden APC
550 E Hospitality Lane Suite 300
San Bernardino, CA 92408-4205


Steve Lu
860 E Hermosa Dr
San Gabriel, CA 91775


Super Happy Fun Fun
11044 Research Blvd
Austin, TX 78759


Tartan Sales
525 W Bethel Road
Coppell, TX 75019


The Law Offices of Elizabeth Yang
199 W Garvey Avenue Suite 201
Monterey Park, CA 91754

TNT Marketing Inc.
2240 E Washington Blvd.
Los Angeles, CA 90021


Tony Tu
5738 Temple City Blvd.
Temple City, CA 91780


Trans Gas Propane
P O Box 3983
Glendale, CA 91221


Tuttle Yick
220 East 42nd Street
New York, NY 10017


Uniglobe Inc.
17238 S Main Street
Gardena, CA 90248


UNIS Transportation
218 Machlin Ct
Walnut, CA 91789


UPS
28013 Network Place
Chicago, IL 60673


Zi Hui
5832 Primrose Ave
Temple City, CA 91780

Zoma Toys Co Limited
Add No 7 Longtengjiayuan Jinping
Shantou City Gaundong Province China

Case 2:19-bk-01729-MZ Doc 2 Filed 07/09/19 Entered 07/09/19 18:05:40 Desc