| | |
|---|---|
| 1 | Steven M. Dailey (SBN 163587) |
| 2 | Rebecca L. Wilson (SBN 257613) |
|   | KUTAK ROCK LLP |
| 3 | 5 Park Plaza, Suite 1500 |
|   | Irvine, California 92614-8595 |
| 4 | Telephone:    (949) 417-0999 |
|   | Facsimile:    (949) 417-5394 |
| 5 | Email:    rebecca.wilson@KutakRock.com |
| 6 | Attorney for Sheri Wade |

**FILED & ENTERED**

NOV 30 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## [LOS ANGELES DIVISION]

| | |
|---|---|
| In re | Case No.  2:19-bk-17990-VZ |
| INTERWORKS UNLIMITED INC., | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION TO ALLOW LATE-FILED CLAIM** |
| | **Hearing Scheduled for** |
| | DATE: December 1, 2020 |
| | TIME: 11:00 a.m. |
| | CRTM: 1368 |

This matter having come before this Court upon a Motion to Allow Late-Filed Proof of Claim, and upon all submissions and proceedings heretofore had herein; and upon the stipulation between Edward M. Wolkowitz, Chapter 7 Trustee for the bankruptcy estate of Interworks Unlimited, Inc., and Sheri Wade regarding the resolution of the pending *Motion for Relief from Automatic Stay* (ECF No. 67, filed October 23, 2020), and *Motion to Allow Late-Filed Claim* (ECF No. 68, filed October 23, 2020);

This Court being satisfied that the late filing of Sheri Wade's Proof of Claim as to Debtor Interworks Unlimited Inc. (the "Debtor") was a result of excusable neglect and that just cause exists to deem Sheri Wade's Proof of Claim as timely filed;

///

///

NOW, THEREFORE IT IS HEREBY ORDERED that pursuant to Federal Rule of Bankruptcy Procedure 9006(b), Sheri Wade shall be permitted to file her Proof of Claim as to the Debtor and this Proof of Claim shall be deemed timely filed.

**IT IS HEREBY ORDERED**.

###

Date: November 30, 2020

_____
Vincent P. Zurzolo
United States Bankruptcy Judge