Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

Serial Number: 87136752
Filing Date: 08/12/2016

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | YES |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT16\IMAGEOUT 16\871\367\87136752\xml1\ FTK0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | HIGH ROLLER |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the words HIGH and ROLLER with a crown between the two words. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 1075 x 275 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Interworks Unlimited Inc. |
| *STREET | 2418 Peck Rd |
| *CITY | City of Industry |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 90601 |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY OF INCORPORATION | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |

EXHIBIT 4

| | |
|---|---|
| *INTERNATIONAL CLASS | 012 |
| *IDENTIFICATION | Motor scooters; Electrically-powered motor scooters; Motorized, electric-powered, self-propelled, self-balancing, wheeled personal mobility, transportation device |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 04/01/2016 |
| FIRST USE IN COMMERCE DATE | At least as early as 04/01/2016 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT16\IMAGEOUT16\871\367\87136752\xml1\ FTK0003.JPG |
| **ADDITIONAL STATEMENTS SECTION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Elizabeth Yang |
| FIRM NAME | Yang & Wang, P.C. |
| STREET | 18645 E Gale Ave #205 |
| CITY | City of Industry |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 91748 |
| PHONE | 9099965906 |
| EMAIL ADDRESS | eyang@yangwanglaw.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Elizabeth Yang |
| FIRM NAME | Yang & Wang, P.C. |
| *STREET | 18645 E Gale Ave #205 |
| *CITY | City of Industry |
| *STATE (Required for U.S. addresses) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 91748 |
| PHONE | 9099965906 |
| *EMAIL ADDRESS | eyang@yangwanglaw.com;yangwanglaw@gmail.com |

| | |
|---|---|
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |
| *TOTAL FEE PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Elizabeth Yang/ |
| * SIGNATORY'S NAME | Elizabeth Yang |
| * SIGNATORY'S POSITION | Attorney of record, California bar member |
| SIGNATORY'S PHONE NUMBER | 9099965906 |
| * DATE SIGNED | 08/12/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2018)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

Serial Number: 87136752
Filing Date: 08/12/2016

**To the Commissioner for Trademarks:**

**MARK:** HIGH ROLLER (stylized and/or with design, see mark)

The literal element of the mark consists of HIGH ROLLER.
The applicant is not claiming color as a feature of the mark. The mark consists of the words HIGH and ROLLER with a crown between the two words.
The applicant, Interworks Unlimited Inc., a corporation of California, having an address of
    2418 Peck Rd
    City of Industry, California 90601
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 012:  Motor scooters; Electrically-powered motor scooters; Motorized, electric-powered, self-propelled, self-balancing, wheeled personal mobility, transportation device

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 012, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 04/01/2016, and first used in commerce at least as early as 04/01/2016, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, .
Specimen File1




The applicant's current Attorney Information:
    Elizabeth Yang of Yang & Wang, P.C.     18645 E Gale Ave #205
    City of Industry, California 91748
    United States
    9099965906(phone)
    eyang@yangwanglaw.com (authorized)



The applicant's current Correspondence Information:
    Elizabeth Yang
    Yang & Wang, P.C.
    18645 E Gale Ave #205
    City of Industry, California 91748
    9099965906(phone)
    eyang@yangwanglaw.com;yangwanglaw@gmail.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Elizabeth Yang/   Date Signed: 08/12/2016
Signatory's Name: Elizabeth Yang
Signatory's Position: Attorney of record, California bar member



RAM Sale Number: 87136752
RAM Accounting Date: 08/15/2016

Serial Number: 87136752
Internet Transmission Date: Fri Aug 12 14:04:58 EDT 2016
TEAS Stamp: USPTO/FTK-XX.XX.XXX.XX-20160812140458113
112-87136752-550d9bbfb48983b8f87a6dd2a14
48befbcd4b67817135caabba919ffe564db2b3-C
C-278-20160812133627361295



