


EXHIBIT 16











