Case 3:18-cv-00828-MHL Document 22-20 Filed 05/14/21 Page 1 of 8 PageID# 665
Case 2:17-cv-04983-TJH-KS Document 36-2 Filed 11/12/18 Page 20 of 169 Page ID #:223
Page: 1

## Picking Sheet

Warehouse: 0C0   MAIN WAREHOUSE

Order Number: 0027914
Customer Number: DIGG

Order Date: 12/8/2016
Salesperson: 0001

Sold To:
Digital Gadgets, LLC.
21 Englehard Drive
Monroe Township, NJ 08831

Ship To:
Phoenix Warehouse California
9306 Sorensen Avenue
Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 20161209 | | | Consignment |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112002 High Roller Model C BLACK | EACH | 336 | 336 | |
| | 896557112033 High Roller Model C WHITE | EACH | 240 | 240 | |

1st Shipment    #400

EXHIBIT 3
PAGE 20
Digital Gadgets 216
EXHIBIT 20

Page:

## Picking Sheet

Warehouse: 000  MAIN WAREHOUSE

Order Number: 0027923  
Customer Number: DIGG

Order Date: 12/9/2016  
Salesperson: 0001

Sold To:  
Digital Gadgets, LLC.  
21 Englehard Drive  
Monroe Township, NJ 08831

Ship To:  
Phoenix Warehouse California  
9306 Sorensen Avenue  
Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 20161209-2nd | | | Consignment |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112019 | EACH | 240 | 240 | |
| | High Roller Model C BLUE | | | | |
| | 896557112002 | EACH | 96 | 96 | |
| | High Roller Model C BLACK | | | | |

2ND   Ship w/  
7   P Attach

$210

EXHIBIT 3

Digital Gadgets 193

PAGE 21

Page: 1

## Picking Sheet

Warehouse: 000    MAIN WAREHOUSE

Order Number: 0027926      Order Date: 12/9/2016
Customer Number: DIGG      Salesperson: 0001

Sold To:
Digital Gadgets, LLC.
21 Englehard Drive
Monroe Township, NJ 08831

Ship To:
Phoenix Warehouse California
9306 Sorensen Aven
Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 20161209-3RD | MAX | | Consignment |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112002 | EACH | 144 | 144 | |
| | High Roller Model C BLACK | | | | |
| | 896557112033 | EACH | 144 | 144 | |
| | High Roller Model C WHITE | | | | |
| | 896557112019 | EACH | 48 | 48 | |
| | High Roller Model C BLUE | | | | |

3rd shipment

$ 200

EXHIBIT 3

PAGE 22

Digital Gadgets 196

Page: 1

# Picking Sheet

Warehouse: C00   MAIN WAREHOUSE

Order Number: 0027929                                        Order Date: 12/12/2016
Customer Number: DIGG                                       Salesperson: 0001

**Sold To:**
Digital Gadgets, LLC.
21 Englehard Drive
Monroe Township, NJ 08831

**Ship To:**
Phoenix Warehouse California
9306 Sorensen Avenue
Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 20161212-5th | | | Consignment |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112002<br>High Roller Model C BLACK | EACH | 174 | 174 | |
| | 896557112033<br>High Roller Model C WHITE | EACH | 366 | 366 | |

4 + 7 *[handwritten]*

14280

4th Shipment

2800

EXHIBIT 3

Digital Gadgets 203

PAGE 23

Page: 1

# Picking Sheet

Warehouse: 000    MAIN WAREHOUSE

Order Number: 0027928                                        Order Date: 12/12/2016
Customer Number: DIGG                                        Salesperson: C001

Sold To:                                         Ship To:
Digital Gadgets, LLC.                            Phoenix Warehouse California
21 Englehard Drive                               9306 Sorensen Avenue
Monroe Township, NJ 08831                        Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 20161212-4th | | | Consignment |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112026 | EACH | 750 | 750 | |
| | High Roller Model C RED | | | | |
| | 896557112019 | EACH | 462 | 462 | |
| | High Roller Model C BLUE | | | | |

*5th shipment.*

*AH 40√*

EXHIBIT 3

PAGE 24                     Digital Gadgets 199

Page: 1

## Picking Sheet

Warehouse: 000    MAIN WAREHOUSE

Order Number: 0028078             Order Date: 12/13/2016
Customer Number: DIGG             Salesperson: 0001

Sold To:             Ship To:
Digital Gadgets, LLC.           Phoenix Warehouse California
21 Englehard Drive           9306 Sorensen Avenue
Monroe Township, NJ 08831      Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O. | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| 20161214-6TH | | | Consignment |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112033 | EACH | 600 | 600 | |
| | High Roller Model C WHITE | | | | |
| | 896557112002 | EACH | 528 | 528 | |
| | High Roller Model C BLACK | | | | |

24 flall

# 375

EXHIBIT 3

Digital Gadgets 206

PAGE 25

Case 3:18-cv-00828-MHL Document 22-20 Filed 05/14/21 Page 7 of 8 PageID# 671
Case 2:17-cv-04983-MHL-KS Document 36-2 Filed 11/12/18 Page 26 of 169 PageID #:229

Page: 1

## Picking Sheet

Warehouse: 000    MAIN WAREHOUSE

Order Number: 0028075            Order Date: 12/14/2016
Customer Number: DIGG            Salesperson: 0001

Sold To:            Ship To:
Digital Gadgets, LLC.            PHOENIX WAREHOUSE CALIFORNIA
21 Englehard Drive            9306 SORENSEN AVENUE
Monroe Township, NJ 08831            Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O. | Ship VIA | F.O.B. | Terms | |
|---|---|---|---|---|
| 20161214 | | | Consignment | |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112002 | EACH | 336 | 336 | |
| | High Roller Model C BLACK | | | | |

1 SI on 1800 orar

7 Petta

EXHIBIT 3

PAGE 26      Digital Gadgets 209

Page: 1

## Picking Sheet

Warehouse: 000   MAIN WAREHOUSE

Order Number: 0028080
Customer Number: DIGG

Order Date: 12/14/2016
Salesperson: 0001

Sold To:
Digital Gadgets, LLC.
21 Englehard Drive
Monroe Township, NJ 08831

Ship To:
Phoenix Warehouse California
9306 Sorensen Avenue
Santa Fe Springs, CA 90670

Confirm To:

| Customer P.O. | Ship VIA | F. O. B. | Terms |
|---|---|---|---|
| 20161214-8TH | | | Consignment |

| Location | Item Number | Unit | Ordered | Shipped | Backordered |
|---|---|---|---|---|---|
| | 896557112002 | EACH | 336 | 33 6 | |
| | High Roller Model C BLACK | | | | |

8th Shipment

EXHIBIT 3

PAGE 27   Digital Gadgets 212