Case 2:18-cv-00828-MHL Document 22-21 Filed 05/11/21 Page 1 of 1 PageID# 678
Case 2:17-cv-04983-TJH-KS Document 50-2 Filed 12/14/18 Page 61 of 108 Page ID
#:962

## Jared Louzon

**From:** Eric Lu <eric@interworks-usa.com>
**Sent:** Wednesday, March 01, 2017 3:06 PM
**To:** Bright Asamoah
**Cc:** Charlie Tebele; Priscilla Murillo; Chris Mitchell; Michael Kidakarn
**Subject:** Re: Invoices past due


Bright / Charlie,

I gave you guys 60days on the lower cost which I have to carry the AR and if you're going to paid 99k, that is not acceptable, I could have sold those inventory to other accounts. Janet had requested that I work with you guy and in good faith, I gave you QVC and Zullilly...I have tried to work with you guys, but I feel like I'm getting the short end of the stick...

Please ship all goods back to me...as I cannot tie up my funds and wait for weekly reports/payments.

I need to know how many units you have now and I will have my team schedule the pick up immediately.

Eric

Sent from my iPhone

On Mar 1, 2017, at 11:19 AM, Bright Asamoah <basamoah@elfwarehouse.com> wrote:

> Priscilla/Eric
>
> Below is a break of what is being paid today.
>
>
> <image007.png>
>
> Of the 3,187 units from the first batch, DG paid 3,000units – which will be left with 187unis to be paid.
>
> However, we did get some returns from the sales of 77units.
>
> So far, DG has sold 3,678units of the inventory.
>
> <image008.png>
>
>
> ==Please note...we will be sending a weekly sales report and a corresponding wire for the units sold starting next week....==

---

**From:** Eric Lu [mailto:eric@interworks-usa.com]
**Sent:** Wednesday, March 01, 2017 4:06 AM
**To:** 'Charlie Tebele'; 'Priscilla Murillo'; Bright Asamoah
**Subject:** RE: Invoices past due

EXHIBIT 17

**EXHIBIT 21**