# Jared Louzon

| | |
|---|---|
| **From:** | Meghan Kane <Meghan.Kane@qvc.com> |
| **Sent:** | Friday, June 30, 2017 11:12 AM |
| **To:** | Paulette Brown; Dennis Dangelo (dennis@raecs.com); Chris Mitchell; Jill Pierson |
| **Cc:** | Cheryl Baiocchi; Gabrielle Ceritano |
| **Subject:** | Model C QA |
| **Importance:** | High |

Hi All

Still a lot of back and forth regarding the QA for T35011- the model C hoverboard we are/were trying to bring in for July. The following is still needed:

1) **New QA sample- please confirm this sample will come from your CA warehouse stock and not just a sample you have in the office**
2) Heavier poly bag over the hoverboard- at least 1.5mil thick
3) Claims substantiation for- charging time, no overcharging, max speed, weight capacity and range
4) Warranty needs to meet FTC Requirements
    a. For warranties, we will need these following (5) FTC requirements addressed: **(1) What does the warranty cover/not cover ** (2) What is the coverage period ** (3) What will you do to correct the problems. This requires an explanation of the remedy vendor offers under the warranty. This could be repair or replacement of product, a refund of the purchase price, or a credit ** (4) How can customer get warranty service: This includes Name of Company, address, toll free telephone number, and contact local or regional service center **(5) How will the state law affect your customer' rights under the warranty. Also should include the following statement: This warranty gives you specific legal rights and you may also have other rights which vary from state to state.
5) New Lithium battery form
6) UL and UN certificates
7) Toy testing

I do want to note that I know a lot of this information is info needed from Interworks as that is who you bought this inventory from. We have personally reached out to Interworks to help assist with getting this info and they informed us there is an outstanding invoice with DG which is why they are not sending the paperwork to clear up QA. With all this said, QVC is stuck in the middle. We want to work with you guys but it will be challenging to get all this info without Interworks assistance. Please work with your partners at Interworks to clear up whatever the issues are so we can move forward

Have a nice weekend!


Thank you

Meghan Kane
Buyer- Mattress, Toys, Furniture, Home Decor
P: 484-701-8539
F: 484-701-8277

1

EXHIBIT 15    Digital Gadgets 291
174


Δ π EXHIBIT
Deponent 2-13
Date 12-11-18 Rptr.
WWW.DEPOBOOK.COM
EXHIBIT 25