Case 3:18-cv-00828-MHL Document 22-28 Filed 05/14/21 Page 1 of 1 PageID# 681

EXHIBIT 28

http://qvc.co/2hgIMh0



Shop by Category ∨    Today's Special Value    QVC2 Big Deal    New    Trending    Deals    Shop QVC TV ∨

What can we help you discover?

Welcome Guest   My Account ∨

Cart 0

🏠 » Product Detail

T34764

# High Roller Self Balancing Hoverboard with Carrying Bag

★★☆☆☆ 2.2 (35)   Write a review



We're sorry.
This item is not available at this time.

▶ Play Video Automatically ⓘ

Previously recorded videos may contain expired pricing, exclusivity claims, or promotional offers.









