CONFIDENTIAL

# 166.1 Shipped Sales by SKN--Select SKNS and date range

Report Filter:
({Ship Day} (Date) Between 1/1/2016 and 9/18/2018) (Skn = T34764 : High Roller Self Balancing Hoverboard w/) And ({Orderline Status} = 37:VS:Verified Shipped)

| Ship Month/Year | Skn | | Ship Sales Qty | Ship Sales $ |
|---|---|---|---|---|
| Dec 2016 | T34764 | High Roller Self Balancing Hoverboard w/ | 3,216 | |
| Jan 2017 | T34764 | High Roller Self Balancing Hoverboard w/ | 72 | |
| Feb 2017 | T34764 | High Roller Self Balancing Hoverboard w/ | 252 | |
| Mar 2017 | T34764 | High Roller Self Balancing Hoverboard w/ | 239 | |
| Apr 2017 | T34764 | High Roller Self Balancing Hoverboard w/ | 140 | |
| May 2017 | T34764 | High Roller Self Balancing Hoverboard w/ | 139 | |
| Jun 2017 | T34764 | High Roller Self Balancing Hoverboard w/ | 117 | |
| Jul 2017 | T34764 | High Roller Self Balancing Hoverboard w/ | 104 | |
| Aug 2017 | T34764 | High Roller Self Balancing Hoverboard w/ | 53 | |
| Sep 2017 | T34764 | High Roller Self Balancing Hoverboard w/ | 47 | |
| Oct 2017 | T34764 | High Roller Self Balancing Hoverboard w/ | 814 | |
| Nov 2017 | T34764 | High Roller Self Balancing Hoverboard w/ | 1,627 | |
| Dec 2017 | T34764 | High Roller Self Balancing Hoverboard w/ | 896 | |
| Total | | | 7,716 | |



QVC-00727

EXHIBIT 17
PAGE 88

EXHIBIT 29