

HIGH ROLLER
HOVERBOARD

EXHIBIT
31

MODEL C
HOVERBOARD

USER MANUAL

Thank you for purchasing High Roller™ Hoverboard Model C.

Before you begin, please make sure to read the User Manual and follow all safety precautions.

The User Manual can help you better understand, use, and maintain your High Roller™ Hoverboard.

This product is manufactured by Hangzhou Chic Intelligent Technology Co., Ltd.

This product is distributed by Interworks Unlimited under license by Hangzhou Chic Intelligent Technology Co., Ltd.

This product has CE(EMC&MD) FCC/C-TICK/RoHS, UL2272, UL2271, and UN38.3 Certifications.

 **WARNING!**

• It is highly recommended to always wear the proper safety gear before operating your High Roller™ Hoverboard.

• Before you begin, please make sure to read the User Manual and follow all safety precautions carefully.

• This device is designed for users age 12 and above. Kids under the age of 12 need to be under adult supervision or instruction concerning the use of the device in a safe way and understand the hazards involved. Cleaning and user maintenance shall not be done by children without adult supervision.

• Improper use of this product can lead to property damage, serious bodily injury or death. Users must read and follow all operating instructions and precautions carefully. Users are responsible for all consequences caused by violating instructions. High Roller™ Hoverboard does not bear legal liability for users' improper operation in accordance with the law.

# Table of Contents

1. Document Overview ...... 2
1.1 Preparation ...... 2
2. Product Introduction ...... 3
3. Safety ...... 4
4. How to Ride ...... 7
5. Battery Usage ...... 11
5.1 Battery Power ...... 11
5.2 Charging ...... 12
5.3 Battery Disposal ...... 13
5.4 About the Battery ...... 15
6. Shipping and Maintenance ...... 16
6.1 Cleaning High Roller™ Hoverboard ...... 16
6.2 Storing High Roller™ Hoverboard ...... 16
7. FAQ ...... 17

Enjoy Your High Roller™ Hoverboard!

1

# 1. Document Overview

 **WARNING!** | This symbol identifies safety and health messages in this User Manual.

Failing to follow the High Roller™ Hoverboard Manual may cause property damage, injury, or even death. To minimize the risk of damage or injury, please read the User Manual before using your High Roller™ Hoverboard.

## 1.1 Preparation

• Please read the full manual before riding your High Roller™ Hoverboard.

• Before riding, please check battery level. If the battery indicator lights up, it means the device is fully charged.

• Check whether tires are damaged or if there are loose parts before riding. If anything is missing or damaged, please contact Customer Support at support@PoweredByEmio.com or 1 (844) 883-8885.

2

# 2. Product Introduction

High Roller™ Hoverboard is a high-tech electric self-balancing hoverboard, which is based on dynamic balance principles to control moving forward, backward, and stopping. High Roller™ Hoverboard has easy operation **and** flexible control.

• High Roller™ Hoverboard uses a gyroscope and an acceleration sensor to control balance depending on the center of gravity. High Roller™ Hoverboard also uses a servo-control system to drive motor accurately. When you stand on the High Roller™ Hoverboard, the power plant will move the wheels forwards or backwards to keep balance, allowing full 360° maneuverability.

• The built-in inertia dynamic stabilization system can secure front and back movement, however, it cannot guarantee the stability to the left and right.



3

# 3. Safety

 **WARNING!**   Overload may cause injury.

**Weight Limit:** 44-225 lbs. (20-102 kg)

• The weight limit is to ensure safety and prevent injury.

**Speed Limit:** About 6 miles/hr (9.6 km/hr)

• When the speed is getting close to the maximum allowable speed, an alarm will ring.
• High Roller™ Hoverboard can keep the user in balance within the specified speed. If the speed exceeds the specified speed; High Roller™ Hoverboard will tilt the rider and adjust the speed to stay in a safe range.

**Range:** 6-9 miles (9-14 km)

There are a lot of factors that will affect riding distance, such as:

• Terrain: A smooth, flat surface will increase the riding distance.
• Weight: The weight of the rider can affect riding distance, a light user will have further range than a heavier user.
• Ambient Temperature: Please ride and store device under recommended temperature (0°C ~ 25°C or 32°F ~ 77°F) which will increase riding distance.
• Maintenance: Reasonable battery charging and maintenance will increase the distance.
• Speed and Riding Style: Maintaining a moderate speed will increase distance, frequent start, stop, acceleration, and declaration will reduce the distance.

4

- Do not make any use of High Roller™ Hoverboard to endanger the safety of people or property.
- Do not modify the parts of High Roller™ Hoverboard, it will affect the performance of High Roller™ Hoverboard, void warranty, and may cause serious injury.
- Riding High Roller™ Hoverboard without following safety precautions may cause injury due to loss of control, collision, and/or falling down. To avoid injuries or damage, carefully read the whole User Manual and use the device according to the instructions.
- When you are riding High Roller™ Hoverboard, make sure to take all safety precautions, such as: wearing a helmet, knee pads, elbow pads and other protective gear.
- High Roller™ Hoverboard is only used for personal entertainment.
- For your safety, do not use High Roller™ Hoverboard if you are pregnant.
- Do not use High Roller™ Hoverboard under the influence of any substances that may impair your vision or movement.
- Do not carry items when you are riding High Roller™ Hoverboard.
- When riding High Roller™ Hoverboard, please give way to pedestrians.
- Please be aware of things around you, keeping good vision and awareness will help you drive High Roller™ Hoverboard safer.
- High Roller™ Hoverboard can only be driven by one person, it cannot be driven by two or more people.
- Users should not exceed the maximum load (44-225 lbs. or 20-102 kg), or rider can easily get injured.
- When riding your High Roller™ Hoverboard with friends, keep a safe distance from them to avoid injury.
- Do not get distracted while riding your High Roller™ Hoverboard with actions such as answering your phone, listening to music, or engaging in any other activities.
- Do not ride on slippery roads.
- Do not ride in dark places.
- Do not ride on bumpy surfaces.
- Do not ride in narrow spaces.
- Do not leave the High Roller™ Hoverboard outdoors to be exposed to the sun or rain.
- Store the High Roller™ Hoverboard safely.

5

- This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions:

(1) This device may not cause harmful interference, and

(2) This device must accept any interference received, including interference that may cause undesired operation.

- Any changes or modifications not approved by Interworks Unlimited could void the user's authority to operate the equipment and may void the warranty.

- Note: This product has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This product generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications. However, there is no guarantee that interference will not occur in a particular installation. If this product does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.

- Increase the separation between the equipment and receiver.

- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.

- Consult the dealer or an experienced radio/TV technician for help.

This equipment should be installed and operated with a minimum distance of 20cm between the radiator and your body.

FCC ID: 2AHNZCHIC

6

# 4. How to Ride

It is important to read the safety section before riding your High Roller™ Hoverboard.




**Power Button  Charging Port**

- Step 1: To start your High Roller™ Hoverboard, open the charger port of vehicle and press the power button.
- Step 2: Put your High Roller™ Hoverboard on a flat surface. Place one foot on pad to trigger the pedal, after the system enters self-balancing mode, then put the other foot on the other pad.
- Step 3: Keeping your balance at the center of gravity can maintain your High Roller™ Hoverboard at a stationary state.
- Step 4: Once you've found your balance, to move forward or backward, shift your weight in the direction you would like to move.

 **CAUTION!**

If rider is not at a balance state, the alarm will go off and indicator light will turn on. This means the system cannot self-balance and you should get off and start over until the device starts to self-balance.

7

- Step 5: Lean your body, left or right to turn.
- Step 6: To get off, bring the device to a stop and step off one foot right after the other.



Right foot forward turns left

Left foot forward turns right

8





WARNING!

Do not make sharp turns at a high speed or uneven terrain.

6

During operation, if there is a system error or illegal operations, High Roller™ Hoverboard will prompt riders in different ways.
If the indicator light or the alarm goes off when riding, please stop riding until the indicator light and alarm turn off.

The indicator light and or alarm will go off if:

• You get on the device and the surface is off balance more than 10 degrees.
• Battery is too low, the engine will turn off after 15 seconds.
• Charging.
• Over-speeding.
• The scooter is shaking back and forth over 30 seconds.
• System enters protection mode.
• Tire is blocked, High Roller™ Hoverboard will halt after 2 seconds.
• When the battery temperature is too high, if the temperature continues to rise up, the scooter will shut down.

 **WARNING!**

When High Roller™ Hoverboard's engine turns off, system will halt. You may press Battery Display to unlock. Do not continue riding your High Roller™ Hoverboard when the battery is exhausted or if the indicator light and alarm are going off, it may lead to injury. Continuing riding under low battery may damage the battery and device.

**10**

# 5. Battery Usage

## 5.1 Battery Power

You must stop riding your High Roller™ Hoverboard if it displays low power, or it may cause injury and damage to the battery. For user's safety and prolonged battery life, please follow these instructions.

Do not use the battery if the following occurs:

• Emit odor or overheat.

• Any materials are leaking.

 **CAUTION!**

• Battery contains dangerous substances, do not open the battery, do not insert anything into the battery.

• Please use charger provided by High Roller.™

• The usage of High Roller™ battery should obey the local law.

11

## 5.2 Charging

- This product has a lithium-ion battery with 36V4.4Ah power.
- Ensure charging port is dry.
- Open charging port.
- Plug the charging cable into the High Roller™ Hoverboard. Make sure the indicator light turns on, then connect the cable to the power supply (100V - 240V; 50, 60 Hz).
- The red light indicates the device is charging, otherwise check if the cable is connected properly.
- When the indicator light turns from red to green, it means that power is fully charged.
- Once the device is fully charged, please disconnect the device. Overcharging will affect battery lifetime.
- The best temperature is 0°C - 25°C (32°F - 77°F). Overcooling and overheating may affect the efficiency of charging.
- **Charging Time:** 2-3 Hours
- **Playing Time:** 4-6 Hours



**Charging Port**

⚠ **WARNING!**

- Please only use the charger provided by High Roller.™
- Do not charge overnight or when you are not able to observe the device.
- Charge and store in an open dry area away from combustibles.

12

## 5.3 Battery Disposal

The High Roller™ Hoverboard has a lithium-ion battery that if not properly disposed, will hurt the environment. We caution all consumers to take appropriate steps for proper disposal.

Below are your options for proper disposal:

The National Waste and Recycling Association recommends contacting your local electronic waste facilities to check if they will dispose of your hoverboard lithium-ion batteries.

• In the event that your local facility does not take lithium-ion batteries, contact the non-profit organization, Call2Recycle, that serves the United States and Canada.

CONTACT INFO:

Call2Recycle.org

1000 Parkwood Circle

Suite 200

Atlanta, GA 30339

(877)723-1297

Drop Off Locator: (877-2-RECYCLE)

• Battery Recyclers of America take all kinds of batteries and operates in all 50 states. They are a full-service, battery-recycling group that specializes in lithium-ion battery recycling in bulk (partial pallet or multiple pallets).

13

CONTACT INFO:

BatteryRecyclersofAmerica.com

Operates in all 50 States

(800)508-6700

info@batteryrecyclersofamerica.com

• Another option would be to contact hazawaytoday.com where you can schedule a pickup for a price (commercial price consultation is available) and HazAwayToday will take care of the disposal. The can take a small moving box or up to a large amount.

CONTACT INFO:

HazAwayToday.com

212 Eucalyptus Drive, Suite A

El Segundo, CA 90245

(844)442-9292

info@HazAwayToday.com

**14**

## 5.4 About the Battery

| Contents | Parameters |
|---|---|
| Battery Type | Lithium Battery |
| Charging Time | 2-3 Hours |
| Voltage | 36V |
| Initial Capacity | 1-4 Ah |
| Working Temperature | 23°F ~ 104°F (-5°C - 40°C) |
| Charging Temperature | 32°F ~ 104°F (0°C - 40°C) |
| Storage Time -4°F ~ 77°F (-20°C ~ 25°C) | 12 Months |
| Storage Humidity | 5%-75% |

15

# 6. Shipping and Maintenance

High Roller™ Hoverboard requires the user to do routine maintenance.

Before you perform the following operations, ensure the power and charging cable is disconnected.

### 6.1 Cleaning High Roller™ Hoverboard

• Disconnect the charger and turnoff High Roller™ Hoverboard.

• Wipe the cover.

 **WARNING!** Avoid using water or other liquids on the High Roller™ Hoverboard for cleaning. If water or other liquids seep in, it will cause permanent damage to the internal electronics.

### 6.2 Storing High Roller™ Hoverboard

• Charge your battery before storing.

• If you store High Roller™ Hoverboard for more than one month, please remove the battery and charge it at least every three months.

• If the storage ambient temperature is below 0°C, do not charge. Please bring it to a warm environment (above 10°C) for charging.

• Store High Roller™ Hoverboard indoors, at a dry suitable temperature.

 **WARNING!** Users who disassemble High Roller™ without permission will regard as giving up the right of warranty.

16

 **WARNING!**

- Be aware of Risk of Fire and Electric Shock
- Lithium battery is dangerous. Shipping lithium battery should be allowed by local law.
- Please return the battery back to the battery manufacturer or recognized battery recycling station.

## 7. FAQ

**Troubleshooting Guide**

| Symptom | Solution |
|---|---|
| High Roller™ Hoverboard mats tilt up, alarm and red LED lights up | 1. Over speed  2. Low Battery |
| High Roller™ Hoverboard mats unbalanced | Please calibrate by putting High Roller™ Hoverboard mats on horizontal level. Press and hold power button for 3 seconds. Both display lights flash and beep for 5 seconds. |
| High Roller™ Hoverboard cannot go directly or turn by itself | |
| Hub wheel gets stuck | Please check the motor and the shell, then clean them. |
| Unable to charge | Make sure the charger connection is connected. Please make sure the charging port is in the right position. |
| Unable to turn on | Please charge for 10-15 min, check if device still has low battery. |

17

# Enjoy Your High Roller™ Hoverboard!



Customer Support:

1 (844) 883-8885

support@PoweredByEmio.com

www.PoweredByEmio.com

**Patent No.:**

US 9376155

US D738256 S

US D737723 S



**Correct Disposal of this Product**

This marking indicates that this product should not be disposed with other household wastes. To prevent possible harm to the environment or human health from uncontrolled waste disposal, recycle it responsibly to promote the sustainable reuse of material resources. To return your used device, please use the return and collection systems or contact the retailer where the product was purchased. They can take this product for environmental safe recycling.

See 5.3 for further Battery Disposal instructions

18

HIGH ROLLER™
HOVERBOARD

HIGH ROLLER™
www.PoweredByEmio.com