**HH-1. Households by Type: 1940 to Present**
(Numbers in thousands)

For more information about ASEC, including the source and accuracy statement, see the technical documentation accessible at:
https://www.census.gov/programs-surveys/cps/technical-documentation/complete.html

| Year | Total households | Family households | | | | | Nonfamily households | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Total | Married couples | Other family | | | Total | Male householder | Female householder |
| | | | | Male householder | Female householder | | | | |
| 2018 | 127,586 | 83,088 | 61,241 | 6,424 | 15,423 | | 44,498 | 21,017 | 23,481 |
| 2017 | 126,224 | 82,827 | 60,804 | 6,452 | 15,572 | | 43,396 | 20,539 | 22,858 |
| 2016 | 125,819 | 82,184 | 60,251 | 6,310 | 15,622 | | 43,635 | 20,542 | 23,093 |
| 2015 | 124,587 | 81,716 | 60,010 | 6,162 | 15,544 | | 42,871 | 20,143 | 22,728 |
| 2014[s] | 123,229 | 81,353 | 59,629 | 6,304 | 15,420 | | 41,877 | 19,658 | 22,219 |
| 2013 | 122,459 | 80,902 | 59,204 | 6,229 | 15,469 | | 41,558 | 19,747 | 21,810 |
| 2012 | 121,084 | 80,506 | 58,949 | 5,888 | 15,669 | | 40,578 | 19,195 | 21,383 |
| 2011[r] | 119,927 | 79,539 | 58,656 | 5,648 | 15,235 | | 40,388 | 18,968 | 21,420 |
| 2011 | 118,682 | 78,613 | 58,036 | 5,559 | 15,019 | | 40,069 | 18,835 | 21,234 |
| 2010 | 117,538 | 78,833 | 58,410 | 5,580 | 14,843 | | 38,705 | 18,263 | 20,442 |
| 2009 | 117,181 | 78,850 | 59,118 | 5,252 | 14,480 | | 38,331 | 17,694 | 20,637 |
| 2008 | 116,783 | 77,873 | 58,370 | 5,100 | 14,404 | | 38,910 | 17,872 | 21,038 |
| 2007 | 116,011 | 78,425 | 58,945 | 5,063 | 14,416 | | 37,587 | 17,338 | 20,249 |
| 2006 | 114,384 | 77,402 | 58,179 | 5,130 | 14,093 | | 36,982 | 16,753 | 20,230 |
| 2005 | 113,343 | 76,858 | 57,975 | 4,901 | 13,981 | | 36,485 | 16,543 | 19,942 |
| 2004 | 112,000 | 76,217 | 57,719 | 4,716 | 13,781 | | 35,783 | 16,136 | 19,647 |
| 2003 | 111,278 | 75,596 | 57,320 | 4,656 | 13,620 | | 35,682 | 16,020 | 19,662 |
| 2002 | 109,297 | 74,329 | 56,747 | 4,438 | 13,143 | | 34,969 | 15,579 | 19,390 |
| 2001[e] | 108,209 | 73,767 | 56,592 | 4,275 | 12,900 | | 34,442 | 15,345 | 19,097 |
| 2000 | 104,705 | 72,025 | 55,311 | 4,028 | 12,687 | | 32,680 | 14,641 | 18,039 |
| 1999 | 103,874 | 71,535 | 54,770 | 3,976 | 12,789 | | 32,339 | 14,368 | 17,971 |
| 1998 | 102,528 | 70,880 | 54,317 | 3,911 | 12,652 | | 31,648 | 14,133 | 17,516 |
| 1997 | 101,018 | 70,241 | 53,604 | 3,847 | 12,790 | | 30,777 | 13,707 | 17,070 |
| 1996 | 99,627 | 69,594 | 53,567 | 3,513 | 12,514 | | 30,033 | 13,348 | 16,685 |
| 1995 | 98,990 | 69,305 | 53,858 | 3,226 | 12,220 | | 29,686 | 13,190 | 16,496 |
| 1994 | 97,107 | 68,490 | 53,171 | 2,913 | 12,406 | | 28,617 | 12,462 | 16,155 |
| 1993[r] | 96,426 | 68,216 | 53,090 | 3,065 | 12,061 | | 28,210 | 12,297 | 15,914 |
| 1993 | 96,391 | 68,144 | 53,171 | 3,026 | 11,947 | | 28,247 | 12,254 | 15,993 |

| Year | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1992 | 95,669 | 67,173 | 52,457 | 3,025 | 11,692 | 28,496 | 12,428 | 16,068 |
| 1991 | 94,312 | 66,322 | 52,147 | 2,907 | 11,268 | 27,990 | 12,150 | 15,840 |
| 1990 | 93,347 | 66,090 | 52,317 | 2,884 | 10,890 | 27,257 | 11,606 | 15,651 |
| 1989 | 92,830 | 65,837 | 52,100 | 2,847 | 10,890 | 26,994 | 11,874 | 15,120 |
| 1988[a] | 91,124 | 65,204 | 51,675 | 2,834 | 10,696 | 25,919 | 11,282 | 14,637 |
| 1988 | 91,066 | 65,133 | 51,809 | 2,715 | 10,608 | 25,933 | 11,310 | 14,624 |
| 1987 | 89,479 | 64,491 | 51,537 | 2,510 | 10,445 | 24,988 | 10,652 | 14,336 |
| 1986 | 88,458 | 63,558 | 50,933 | 2,414 | 10,211 | 24,900 | 10,648 | 14,252 |
| 1985 | 86,789 | 62,706 | 50,350 | 2,228 | 10,129 | 24,082 | 10,114 | 13,968 |
| 1984[b] | 85,290 | 62,015 | 50,081 | 2,038 | 9,896 | 23,276 | 9,689 | 13,587 |
| 1984 | 85,407 | 61,997 | 50,090 | 2,030 | 9,878 | 23,410 | 9,752 | 13,658 |
| 1983 | 83,918 | 61,393 | 49,908 | 2,016 | 9,469 | 22,525 | 9,514 | 13,011 |
| 1982 | 83,527 | 61,019 | 49,630 | 1,986 | 9,403 | 22,508 | 9,457 | 13,051 |
| 1981 | 82,368 | 60,309 | 49,294 | 1,933 | 9,082 | 22,059 | 9,279 | 12,780 |
| 1980[c] | 80,776 | 59,550 | 49,112 | 1,733 | 8,705 | 21,226 | 8,807 | 12,419 |
| 1980 | 79,108 | 58,426 | 48,180 | 1,706 | 8,540 | 20,682 | 8,594 | 12,088 |
| 1979 | 77,330 | 57,498 | 47,662 | 1,616 | 8,220 | 19,831 | 8,064 | 11,767 |
| 1978 | 76,030 | 56,958 | 47,357 | 1,564 | 8,037 | 19,071 | 7,811 | 11,261 |
| 1977 | 74,142 | 56,472 | 47,471 | 1,461 | 7,540 | 17,669 | 6,971 | 10,698 |
| 1976 | 72,867 | 56,056 | 47,297 | 1,424 | 7,335 | 16,811 | 6,548 | 10,263 |
| 1975 | 71,120 | 55,563 | 46,951 | 1,485 | 7,127 | 15,557 | 5,912 | 9,645 |
| 1974 | 69,859 | 54,917 | 46,787 | 1,421 | 6,709 | 14,942 | 5,654 | 9,288 |
| 1973 | 68,251 | 54,264 | 46,297 | 1,432 | 6,535 | 13,986 | 5,129 | 8,858 |
| 1972 | 66,676 | 53,163 | 45,724 | 1,331 | 6,108 | 13,513 | 4,839 | 8,674 |
| 1971 | 64,778 | 52,102 | 44,928 | 1,254 | 5,920 | 12,676 | 4,403 | 8,273 |
| 1970 | 63,401 | 51,456 | 44,728 | 1,228 | 5,500 | 11,945 | 4,063 | 7,882 |
| 1969 | 62,214 | 50,729 | 44,086 | 1,221 | 5,422 | 11,485 | 3,890 | 7,595 |
| 1968 | 60,813 | 50,012 | 43,507 | 1,195 | 5,310 | 10,801 | 3,658 | 7,143 |
| 1967 | 59,236 | 49,086 | 42,743 | 1,190 | 5,153 | 10,150 | 3,419 | 6,731 |
| 1966 | 58,406 | 48,399 | 42,263 | 1,163 | 4,973 | 10,007 | 3,299 | 6,708 |
| 1965 | 57,436 | 47,838 | 41,689 | 1,167 | 4,982 | 9,598 | 3,277 | 6,321 |
| 1964 | 56,149 | 47,381 | 41,341 | 1,204 | 4,836 | 8,768 | 2,965 | 5,803 |
| 1963 | 55,270 | 46,872 | 40,888 | 1,295 | 4,689 | 8,398 | 2,838 | 5,560 |
| 1962 | 54,764 | 46,262 | 40,404 | 1,268 | 4,590 | 8,502 | 2,932 | 5,570 |
| 1961 | 53,557 | 45,383 | 39,620 | 1,199 | 4,564 | 8,174 | 2,779 | 5,395 |
| 1960 | 52,799 | 44,905 | 39,254 | 1,228 | 4,422 | 7,895 | 2,716 | 5,179 |
| 1959 | 51,435 | 43,971 | 38,410 | 1,285 | 4,276 | 7,464 | 2,449 | 5,015 |
| 1958 | 50,474 | 43,426 | 37,911 | 1,278 | 4,237 | 7,047 | 2,329 | 4,718 |

| Year | | | | | | |
|---|---|---|---|---|---|---|
| 1957 | 49,673 | 43,262 | 37,718 | 1,241 | 4,304 | 6,411 | 2,038 | 4,374 |
| 1956 | 48,902 | 42,593 | 37,047 | 1,408 | 4,138 | 6,309 | 2,058 | 4,250 |
| 1955 | 47,874 | 41,732 | 36,251 | 1,328 | 4,153 | 6,142 | 2,059 | 4,083 |
| 1954 | 46,962 | 40,998 | 35,926 | 1,315 | 3,757 | 5,964 | 1,925 | 4,039 |
| 1953 | 46,385 | 40,540 | 35,577 | 1,206 | 3,757 | 5,845 | 1,902 | 3,943 |
| 1952 | 45,538 | 40,235 | 35,164 | 1,119 | 3,952 | 5,303 | 1,757 | 3,546 |
| 1951 | 44,673 | 39,502 | 34,391 | 1,154 | 3,957 | 5,171 | 1,732 | 3,439 |
| 1950 | 43,554 | 38,838 | 34,075 | 1,169 | 3,594 | 4,716 | 1,668 | 3,048 |
| 1949 | 42,182 | 38,080 | 33,257 | 1,197 | 3,626 | 4,102 | 1,308 | 2,794 |
| 1948 | 40,532 | 36,629 | 31,900 | 1,020 | 3,709 | 3,903 | 1,198 | 2,705 |
| 1947 | 39,107 | 34,964 | 30,612 | 1,129 | 3,223 | 4,143 | 1,388 | 2,755 |
| 1940[d] | 34,949 | 31,491 | 26,571 | 1,510 | 3,410 | 3,458 | 1,599 | 1,859 |

Source:  U.S. Census Bureau, Current Population Survey, March and Annual Social and Economic Supplements.

r  Revised based on population from the most recent decennial census.
a  Data based on 1988 revised processing.
b  Incorporates Hispanic-origin population controls.
c  Revised using population controls based on the 1980 census.
d  Based on 1940 census.
e  This data is from the expanded CPS sample and uses population controls based on Census 2000.
s  The 2014 CPS ASEC included redesigned questions for income and health insurance coverage.  All of the approximately 98,000 addresses were selected to receive the improved set of health insurance coverage items.  The improved income questions were implemented using a split panel design.  Approximately 68,000 addresses were selected to receive a set of income questions similar to those used in the 2013 CPS ASEC.  The remaining 30,000 addresses were selected to receive the redesigned income questions.  The source of data for this table is the CPS ASEC sample of 98,000 addresses.

Note: This table uses the householder's person weight to describe characteristics of people living in households.  As a result, estimates of the number of households do not match estimates of housing units from the Housing Vacancy Survey (HVS).  The HVS is weighted to housing units, rather than the population, in order to more accurately estimate the number of occupied and vacant housing units. If you are primarily interested in housing inventory estimates, then see the published tables and reports here: http://www.census.gov/housing/hvs/. If you are primarily interested in characteristics about the population and people who live in households, then see the H table series and reports here: http://www.census.gov/hhes/families/data/cps.html.

FOR FURTHER INFORMATION contact:
Fertility and Family Statistics Branch

301-763-2416

Internet Release Date: November 2018