IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SHERI WADE,**

    Plaintiff,

v.                                                           Civil Action No. 3:18cv828

**INTERWORKS UNLIMITED, INC.,**

    Defendant.

## ORDER

This matter comes before the Court on Plaintiff Sheri Wade's Third Motion for Default Judgment (the "Motion"). (ECF No. 21.) In the Motion, Wade "requests that the Court enter default judgment in her favor in an amount to be established after hearing evidence by . . . Wade on the quantum of her damages." (Mem. Supp. Mot. 38, ECF No. 22.)

The Court ORDERS Plaintiff to appear, in person, for a hearing on the Motion on October 8, 2021, at 11:00 a.m. in Courtroom 6100 of the Spottswood W. Robinson III and Robert R. Merhige, Jr. United States Courthouse. The Court further ORDERS Plaintiff to submit, no later than September 29, 2021, their witness and exhibit list to the Court in preparation for the hearing.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                                  /s/
                                                                M. Hannah Lauck
                                                                 United States District Judge

Date: July 27, 2021
Richmond, Virginia