AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia    ▾

| | |
|---|---|
| Wade | ) |
| *Plaintiff* | ) |
| v. | )     Case No.    3:18-cv-00828-MHLVAED |
| Interworks Unlimited, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sheri Wade                                                                                          .

Date:      09/16/2021                                            /s/
                                                              *Attorney's signature*

                                               Darrell Getman, Esq./ VSB No. 95791
                                               *Printed name and bar number*
                                               4435 Waterfront Drive
                                               Suite 100
                                               Glen Allen, VA 23060

                                               *Address*

                                               darrell@hlc.law
                                               *E-mail address*

                                               (804) 527-0100
                                               *Telephone number*

                                               (804) 591-0209
                                               *FAX number*