UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| SHERI WADE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18cv828 (MHL) |
| | ) |
| INTERWORKS UNLIMITED, INC. | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S WITNESS & EXHIBIT LIST FOR HEARING ON PLAINTIFF'S THIRD MOTION FOR DEFAULT JUDGMENT**

Plaintiff Sheri Wade ("Ms. Wade"), by counsel, hereby submits her witness and exhibit list to the Court in preparation for the November 23, 2021, hearing on Plaintiff's Third Motion for Default Judgment:

**WITNESS LIST**

Ms. Wade will call the following witnesses during the November 23, 2021, hearing:

1. Sheri Wade, Plaintiff;

2. Derrick Wade, Plaintiff's Husband;

3. Vonita Crawley, witness;

4. Elliot Skorupa, MSEP (Master's Degree in Exercise Physiology); and

5. Andrew Bogle, M.D., via video (*de bene esse* deposition).[1]

**EXHIBIT LIST**

Ms. Wade will make use of the following exhibits during the November 23, 2021, hearing:

A. Deposition Transcript of Dr. Bogle;

---

[1] Plaintiff will include a USB flash drive containing the video deposition of Dr. Bogle in the exhibit binders submitted to the Court.

B. Exhibits to Dr. Bogle's Deposition:

1. Exhibit B1: Picture Board – x-rays

2. Exhibit B2: Picture Board – x-rays

3. Exhibit B3: Statement of Damages

4. Exhibit B4: St. Francis Medical Center – Billing

5. Exhibit B5: Richmond Emergency Physicians – Billing

6. Exhibit B6: Commonwealth Radiology – Billing

7. Exhibit B7: OrthoVirginia Patient Ledger – Billing

8. Exhibit B8: Commonwealth Anesthesia – Billing

9. Exhibit B9: Boulders Ambulatory Surgery Center – Billing

10. Exhibit B10: Physical Therapy Solutions LP – Billing

11. Exhibit B11: Centers for Work Performance Functional Capacity Evaluation;

C. Dr. Bogle's Surgery Records: January 8, 2017;

D. Dr. Bogle's Surgery Records (Removal of Hardware): September 14, 2017;

E. Photographs of the injury:

1. Exhibit E1: Photograph of Plaintiff's Left Arm & Wrist;

2. Exhibit E2: Photograph of Plaintiff's Left Arm Post-Surgery;

3. Exhibit E3: Photograph of Plaintiff's Left Arm Post-Surgery;

4. Exhibit E4: Photograph of Plaintiff's Left Arm Post-Surgery;

5. Exhibit E5: Photograph of Plaintiff's Left Wrist;

6. Exhibit E6: Photograph of Plaintiff in Hardware Post-Surgery; and

      7. Exhibit E7:   X-Ray of Plaintiff's Arm Following Installation of Hardware.

Plaintiff's medical bills presently total more than $275,000.00.  Based on her medical bills, pain and suffering and other damages, Plaintiff will request a damages award of $2,000,000.00 for compensatory damages, attorneys' fees pursuant to Virginia Code § 59.1-206, and pre-judgment and post-judgment interest.

DATE: November 12, 2021

Respectfully submitted,

SHERI WADE

By: _____/s/_____
                Counsel

Jonathan E. Halperin, Esq. (VSB No. 32698)
Darrell J. Getman, Esq. (VSB No. 95791)
Halperin Law Center, LLC
4435 Waterfront Drive, Suite 100
Glen Allen, VA 23060
Phone: (804) 527-0100
Facsimile: (804) 597-0209
jonathan@hlc.law
darrell@hlc.law

and

Brody Reid, Esq. (VSB No.75343)
Reid Goodwin, PLC
4116 Fitzhugh Avenue
Richmond, Virginia 23230
Phone: (804) 415-7800
Facsimile: (804) 415-7560
breid@reidgoodwin.com
*Counsel for Plaintiff*