UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|   |   |
|---|---|
| SHERI WADE | ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. 3:18-cv-00828-MHL |
| INTERWORKS UNLIMITED, INC. | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION FOR LEAVE TO PRESENT EVIDENCE VIA UNSWORN DECLARATION IN LIEU OF LIVE TESTIMONY AND TO AMEND WITNESS & EXHIBIT LIST**

Plaintiff Sheri Wade ("Ms. Wade"), by counsel, hereby moves the Court, pursuant to Federal Rule of Civil Procedure 16(b) and Federal Rule of Evidence 611(a), for leave to present Dr. Andrew Bogle's Testimony through an Unsworn Declaration in Lieu of Live Testimony and to Amend her Witness and Exhibit List to reflect the same. Ms. Wade's basis for this relief is set forth more fully in her Memorandum of Law incorporated by reference and filed contemporaneously herewith.

Respectfully submitted,
SHERI WADE

By: _____/s/_____
                    Counsel

Jonathan E. Halperin, Esq. (VSB No. 32698)
Darrell J. Getman (VSB No. 95791)
Halperin Law Center, LLC
4435 Waterfront Drive, Suite 100
Glen Allen, VA 23060

Phone: (804) 527-0100
Facsimile: (804) 597-0209
jonathan@hlc.law
darrell@hlc.law

and

Brody Reid, Esq. (VSB No.75343)
Reid Goodwin, PLC
4116 Fitzhugh Avenue
Richmond, Virginia 23230
Phone: (804) 415-7800
Facsimile: (804) 415-7560
breid@reidgoodwin.com
*Counsel for Plaintiff*