CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                                    DATE: 11/23/21

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| Ms Sheri Wade<br>v.<br>Interworks Unlimited, LLC | Case No.: 3:18CV828<br>Judge: Lauck<br>Court Reporter: Diane Daffron |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: Motion for Default Judgment

APPEARANCES: Parties by ( ) with (✓) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: * Ms Sheri Wade was present.
* Dft. Not present

TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )       OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Opening Statement regarding case. Admission of Exhibits A-C7- videos to be produced upon request; Evidence adduced. Closing statement; Court to review information and issue default judgment.

Counsel for Plaintiff(s): Jonathan Halperin, Brandon Reid.

Counsel for Defendant(s): _____

SET: 11:00   BEGAN: 11:08   ENDED: 1:00   Time in Court: 1:52

RECESSES:

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

Ms. Sheri Wade
v.
Interworks Unlimited, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 318 cv828

| PRESIDING JUDGE Lauck | PLAINTIFF'S ATTORNEY Jonathan Halperin, Brandon Reid | DEFENDANT'S ATTORNEY not present |
|---|---|---|
| | COURT REPORTER Diane Daffron | COURTROOM DEPUTY K. Hancock |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 11/23 | | | Elliott Skorupa - Functional Capacity impairment evaluater |
| ✓ | | | | | Benita Crawley - Sr. Claims Acct. Rep. |
| ✓ | | | | | Ms. Sheri Wade - plaintiff |
| ✓ | | | | | Mr. Derrick Wade - Plaintiff's husband |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1